# Exhibit B

**From:** Sharonda Sampson <███████@yahoo.com>
**To:** Gina Ford <ginaford@bellsouth.net>
**Sent:** Friday, May 31, 2019, 3:56:41 PM EDT
**Subject:** Marketing for Zion Williamson

May 31th, 2019

Dear Gina

Please let this email serve as notice that the Consulting and Joint Marketing and Branding Agreement entered into between me, Zion Williamson, and Prime Sports Marketing LLC is hereby terminated and voided effective immediately. Per my prior note and email, you are to cease all efforts and outreach on my behalf.

Thank you.

Zion Williamson