# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

## Civil Action No.: 1:19-cv-00593-LCB-JLW

| | |
|---|---|
| ZION WILLIAMSON,<br><br>              **Plaintiff,**<br><br>v.<br><br>PRIME SPORTS MARKETING, LLC, and GINA FORD,<br><br>              **Defendants.** | **NOTICE OF SPECIAL APPEARANCE OF STEPHEN L. DRUMMOND** |

Pursuant to Local Rule 83.1(d) of the Middle District of North Carolina, Stephen L. Drummond of the Law Firm of Drummond & Squillace, PLLC hereby enters an Appearance on behalf of Defendants Prime Sports Marketing, LLC and Gina Ford. In support of this Notice, the undersigned states the following:

1. Mr. Drummond is a member in good standing of the New York State Bar.

2. Mr. Drummond has associated with Alvin L. Pittman of the Law Office of Alvin L. Pittman, who is a member of the North Carolina Bar and is admitted to practice before this Court. Mr. Pittman has entered his Notice of Appearance as counsel for Defendants in this action and agrees to abide by Local Rule 83.1(d)(2).

3. The appearing Attorney has read the Local Rules of this Court and agrees to comply with the provisions of Local Rule 83.1(d) in all respects.

Dated: August 21, 2019

/s/ Stephen L. Drummond
Stephen L. Drummond*
sdrummond@dswinlaw.com

DRUMMOND & SQUILLACE, PLLC
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
Tel: (718) 298-5050
Fax: (718) 298-5554
*Local Rule 83.1(d) Special Appearance*

/s/ Alvin L. Pittman
Alvin L. Pittman (N.C. Bar No. 8460)
office@apittman-law.com

Law Offices of Alvin L. Pittman
Attorneys for Defendants
Airport Center Building
5901 W Century Boulevard, Suite 412
Los Angeles, California 90045
(310) 337-3077
(310) 337-3080(fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF SPECIAL APPEARANCE** was filed with the Clerk of the Court using the CM/ECF system and, as such, was served on all parties via ECF.

Dated: August 21, 2019

/s/ Stephen L. Drummond
Stephen L. Drummond*
sdrummond@dswinlaw.com

DRUMMOND & SQUILLACE, PLLC
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
Tel: (718) 298-5050
Fax: (718) 298-5554
*Local Rule 83.1(d) Special Appearance*