UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:19-cv-00593-LCB-JLW

| | |
|---|---|
| ZION WILLIAMSON, | ) |
|     Plaintiff, | ) |
| v. | ) NOTICE OF SPECIAL APPEARANCE |
| | )     OF LARRY A. STRAUSS |
| PRIME SPORTS MARKETING, LLC, and GINA FORD, | ) |
|     Defendants. | ) |

Pursuant to Local Rule 83.1(d) of the Middle District of North Carolina, Larry A. Strauss of the Law Firm of Gary, Williams, Parenti, Watson and Gary, P.L.L.C. files this Notice of Special Appearance on behalf of the Defendants Prime Sports Marketing, LLC, and Gina Ford. In support of the Notice, the undersigned states:

1. Mr. Strauss is a member in good standing of the Florida Bar.

2. Mr. Strauss has associated with Alvin L. Pittman of the Law Office of Alvin L. Pittman, who is a member of the North Carolina Bar and is admitted to practice before this Court. Mr. Pittman has already entered an appearance as counsel for Defendants in this action [DE 8].

3. Mr. Strauss has read the Local Rules of this Court and agrees to Comply with the provisions of Local Rule 83.1(d) in all respects.

Dated: <u>August 26, 2019</u>

Respectfully submitted,

By:   <u>/s/ Willie E. Gary</u>
    Willie Gary, Esq. (Fla. Bar No. 187843)*
    Law Offices of Gary, Williams, Parenti,
    Watson & Gary, PLLC
    Waterside Professional Building

By:   <u>/s/ Larry A. Strauss</u>
    Larry A. Strauss, Esq. (Fla. Bar No. 0654671)*
    Law Offices of Gary, Williams, Parenti,
    Watson & Gary, PLLC
    Waterside Professional Building

221 S.E. Osceola Street
Stuart, FL 34994
Phone: (772) 283-8260
weg@williegary.com; dpk@williegary.com
*Local Rule 83.1(d) Special Appearance*

221 S.E. Osceola Street
Stuart, FL 34994
Phone: (772) 283-8260
larry@williegary.com; vs@williegary.com
*Local Rule 83.1(d) Special Appearance*

By:    */s/ Alvin L. Pittman*
Alvin L. Pittman, Esq. (N.C. Bar No. 8460)
Law Offices of Alvin L. Pittman
Airport Center Building
5901 W Century Boulevard, Suite 412
Los Angeles, CA. 90045
Tel: (310) 337-3077
Fax: (310) 337-3080
Office@pittman-law.com

*Attorneys for the Defendants*

### CERTIFICATE OF SERVICE

I certify this *Notice of Special Appearance* was filed with the Clerk of Court on August 26, 2019 using the CM/ECF system and, as such, was served on all parties via ECF.

  /s/ *Larry A. Strauss*
Larry A. Strauss, Esq. (Fla. Bar No. 0654671)*
Gary, Williams, Parenti, Watson and Gary, P.L.L.C.
221 SE Osceola Street | Stuart, Florida 34994
Tele: (772) 283-8260 | Fax: (772) 220-3343
larry@williegary.com; vs@williegary.com;
dpk@williegary.com
*Local Rule 83.1(d) Special Appearance*