Docket No: 1:19-cv-00593 (LCB)(JLW)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
-----------------------------------------------------------X
ZION WILLIAMSON,
                             Plaintiff,
  -against-

PRIME SPORTS MARKETING, LLC AND
GINA FORD,
                             Defendants.
-----------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

**GARY, WILLIAMS, PARENTI, WATSON & GARY, PLLC**
21 E. Osceola Street
Stuart, Florida 34994-2213
(772) 283-8260; (772) 220-3343(fax)

**DRUMMOND & SQUILLACE, PLLC**
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050; (718) 298-554(fax)

**LAW OFFICE OF ALVIN L. PITTMAN**
Airport Center Building
5901 W. Century Blvd., Suite 412
Los Angeles, California 90045
(310) 337-3077; (310) 337-3080(fax)

*ATTORNEYS FOR DEFENDANTS PRIME SPORTS MARKETING, LLC
AND GINA FORD*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
-----------------------------------------------------------X   Docket No: 1:19-cv-00593 (LCB)(JLW)
ZION WILLIAMSON,
                Plaintiff,

-against-                           **NOTICE OF MOTION**

PRIME SPORTS MARKETING, LLC AND
GINA FORD,

                Defendants.
-----------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Willie E. Gary, Esq. dated September 12, 2019 and the Exhibits attached thereto, the Affidavit of Defendant GINA FORD dated and duly sworn to on September 11, 2019, and, all pleadings and proceedings heretofore had herein, Defendants PRIME SPORTS MARKETING, LLC and GINA FORD will move this Court before the Honorable Loretta Copeland Biggs on a date to be determined by the Court at the United States District Court, Middle District of North Carolina, for an Order dismissing Plaintiff's First Amended Complaint in this action for lack of jurisdiction and lack of diversity of citizenship jurisdiction in violation of 28 U.S. Code Section 1332(a), for failure to join a necessary party and for *forum non conveniens*, pursuant to FRCP 12(b), 12(b)(1), 12(b)(6), 12(b)(7) and FRCP 19.

1

Dated: Jamaica, New York
September 12, 2019

Respectfully submitted,

By: /s/ Willie E. Gary
WILLIE E. GARY (Florida Bar No.: 187843)
GARY, WILLIAMS, PARENTI, WATSON & GARY, PLLC
Attorneys for Defendants PRIME SPORTS MARKETING, LLC and GINA FORD
21 E. Osceola Street
Stuart, Florida 34994-2213
(772) 283-8260; (772) 220-3343(fax)
WEG@williegary.com

By: /s/ Stephen L. Drummond
STEPHEN L. DRUMMOND (SLD 7359)
DRUMMOND & SQUILLACE, PLLC
Attorneys for Defendants PRIME SPORTS MARKETING, LLC and GINA FORD
175-61 Hillside Avenue, Suite 205
Jamaica, New York 1143
(718) 298-5050; (718) 298-5554(fax)
sdrummond@dswinlaw.com

By: /s/ JoAnn Squillace
JOANN SQUILLACE (JS 4217)
DRUMMOND & SQUILLACE, PLLC
Attorneys for Defendants PRIME SPORTS MARKETING, LLC and GINA FORD
175-61 Hillside Avenue, Suite 205
Jamaica, New York 1143
(718) 298-5050; (718) 298-5554(fax)
jsquillace@dswinlaw.com

By: /s/ Alvin L. Pittman
ALVIN L. PITTMAN (NC Bar No.: 8460)
LAW OFFICE OF ALVIN L. PITTMAN
Attorneys for Defendants PRIME SPORTS MARKETING, LLC and GINA FORD
Airport Center Building
5901 W. Century Blvd., Suite 412
Los Angeles, California 90045
(310) 337-3077; (310) 337-3080(fax)
office@apittman-law.com

Docket No: 1:19-cv-00593 (LCB)(JLW)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
-----------------------------------------------------------X
ZION WILLIAMSON,

                         Plaintiff,

   -against-

PRIME SPORTS MARKETING, LLC AND
GINA FORD,

                         Defendants.
-----------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

**GARY, WILLIAMS, PARENTI, WATSON & GARY, PLLC**
21 E. Osceola Street
Stuart, Florida 34994-2213
(772) 283-8260; (772) 220-3343(fax)

**DRUMMOND & SQUILLACE, PLLC**
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050; (718) 298-554(fax)

**LAW OFFICE OF ALVIN L. PITTMAN**
Airport Center Building
5901 W. Century Blvd., Suite 412
Los Angeles, California 90045
(310) 337-3077; (310) 337-3080(fax)

*ATTORNEYS FOR DEFENDANTS PRIME SPORTS MARKETING, LLC
AND GINA FORD*