CERTIFICATE OF SERVICE

19 CV 00593 (LCB)(JLW) - *Williamson v. Prime Sports Marketing, LLC and Gina Ford*

State of New York
        s.s:
County of Queens

I, the undersigned, an Attorney duly admitted to practice in the State of New York, duly admitted to practice in the United States District Court for the Eastern and Southern Districts of New York and having appeared in the above captioned action by Special Appearance pursuant to the Local Rule 83.1(d) of this Court, with offices located at 175-61 Hillside Avenue, Suite 205, Jamaica, New York 11432, affirm and certify as follows under penalties of perjury:

On October 11, 2019, I personally served and filed the within

**REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

/X/ ***VIA ECF/USING THE CM/ECF SYSTEM*** to the following persons at the last known addresses set forth below:

| | |
|---|---|
| Clerk of the Court<br>United States District Court<br>Middle District of North Carolina | Mr. John R. Wester, Esq.<br>*Attorney for Plaintiff*<br>ROBINSON, BRADSHAW&HINSON, P.A.<br>101 N. Tryon St., Ste. 1900<br>Charlotte, North Carolina 28246<br>Telephone: 704.377.2536; Facsimile: 704.378.4000 |

Mr. Jeffrey S. Klein, Esq.
*Attorney for Plaintiff*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8790; Facsimile: 212.310.8007

Dated: October 11, 2019
      Jamaica, New York

                                                        /s/ JOANN SQUILLACE
                                                        JOANN SQUILLACE, ESQ.