# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

## CASE NO. 1:19-CV-593-LCB-JLW

ZION WILLIAMSON,

                Plaintiff,

v.

PRIME SPORTS MARKETING, LLC, and GINA FORD,

                Defendants.

**[PROPOSED] ORDER**

Before the Court is Plaintiff Zion Williamson's Motion for Scheduling Conference. For the reasons stated in Plaintiff's motion and for good cause shown, the Court orders counsel for Plaintiff and Defendant to appear for a scheduling conference with the Court at _____ [a.m./p.m.] on March _____, 2020, in Courtroom No. 1, Hiram H. Ward Federal Building & U.S. Courthouse, 251 N. Main Street, Winston-Salem, NC 27101 to set a discovery schedule in this case.

    SO ORDERED.

                                            _____
                                            The Hon. Loretta C. Biggs
                                            United States District Court Judge