UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CASE NO. 1:19-CV-593-LCB-JLW

ZION WILLIAMSON,

        Plaintiff,

v.

PRIME SPORTS MARKETING, LLC, and GINA FORD,

        Defendants.

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SCHEDULING CONFERENCE**

Plaintiff, by and through undersigned counsel, seeks a Scheduling Conference with the Court, pursuant to Fed. R. Civ. P. 16 and 26 and Local Rules 16.1 and 26.1 of the Local Rules for the Middle District of North Carolina, to schedule discovery of this case. In support of this Motion, Plaintiff shows the Court the following:

1. Plaintiff filed a Complaint in this action on June 13, 2019. Rather than respond to Plaintiff's Complaint, Defendants raced to Florida and, six days later, initiated a related action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "Florida Action," filed on June 19, 2019).

2. Plaintiff filed the First Amended Complaint in this Court on August 23, 2019, which Defendants moved to dismiss on September 12, 2019. That motion is fully briefed and pending before this Court.

3. Defendants now seek to commence discovery in the Florida Action, and Plaintiff seeks, in the interest of judicial economy, to coordinate discovery in this action.

4. On February 28, 2020, Plaintiff proposed to Defendants a joint discovery process, but Defendants refused to move forward with any discovery in this action until after receiving a ruling on the motion to dismiss. In addition to refusing Plaintiff's proposal, Defendant's warned that if their pending motion failed, they intend to file additional motions thereafter to further delay this matter from proceeding on the merits in this Court.

5. In light of these circumstances, Plaintiff believes that, to facilitate coordination of discovery with the Florida Action, it is now necessary to schedule a conference with the Court to secure a pre-trial schedule for this case.

6. The need for a scheduling conference is exacerbated by the fact that Defendants seek immediate discovery in the Florida Action, which, unless coordinated with this first-filed action, is likely to result in duplicative discovery.

7. Plaintiff proposes that the Scheduling Conference be conducted the week of March 9, 2020, at the Court's convenience.

Accordingly, Plaintiff respectfully requests that the Court set a conference on or after March 9, 2020, to schedule discovery in this case so that the parties may coordinate discovery in this case with the Florida Action.

*[Signatures Follow]*

This 3rd day of March 2020.

/s/ John R. Wester
John R. Wester
N.C. Bar No. 4660
jwester@robinsonbradshaw.com
Robert E. Harrington
N.C. Bar No. 26967
rharrington@robinsonbradshaw.com
Fitz E. Barringer
N.C. Bar No. 42679
fbarringer@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000

Jeffrey S. Klein*
Jeffrey.Klein@weil.com

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8790
Facsimile: 212.310.8007

*Local Rule 83.1(d) Special Appearance

*Attorneys for Plaintiff*

## Local Rule 7.3(d)(1) Word Count Certification

I hereby certify that this brief contains 364 words as reported by the Microsoft Word count feature and is in compliance with Local Rule 7.3(d)(1).

<pre>
                                        /s/ John R. Wester
                                        John R. Wester
</pre>