# EXHIBIT "C"

## APRIL 20, 2019 LETTER OF AUTHORIZATION AND A COPY OF A PHOTOGRAPH OF DEFENDANT ZION WILLIAMSON AND GINAFORD

Letter Of Authorization

April 20th, 2019

Prime Sports Marketing
Gina Ford
13727 SW 152nd Street #319
Miami Fl 33177

I Zion Williamson effective immediately appoint Gina Ford as my Global Marketing Agent. I grant full permission to Gina Ford to negotiate and secure opportunities on my behalf and to work together to determine how to best position our efforts going forward. I look forward to working with you and believe your guidance will be instrumental in assisting me with achieving my long term goals.

Sincerely,


Zion Williamson (Athlete)
ID:

