# EXHIBIT "E"

## APRIL 28, 2019 PHOTOGRAPH OF DEFENDANT ZION WILLIAMSON, PLAINTIFF GINA FORD AND DUKE UNIVERSITY MEN'S BASKETBALL COACH

