# EXHIBIT "G"

## DEFENDANT LISA JOSEPHS METELUS' 9:17 PM TEXT TO PLAINTIFF GINA FORD

1:26

<    **Lisa Josephs**

Friday, 31 May 2019



Hi Gina. Hope all is well. Wanted to reach out and talk about Zion/CAA. Let me know if you have a few minutes to talk tonight or if tomorrow works.

9:17 PM

How late can