# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

## CASE NO. 1:19-CV-593-LCB-JLW

| | |
|---|---|
| ZION WILLIAMSON,<br><br>                        Plaintiff,<br><br>v.<br><br>PRIME SPORTS MARKETING, LLC, and GINA FORD,<br><br>                        Defendants. | **PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br>**(Fed. R. Civ. P. 12(c))** |

      Pursuant to Federal Rule of Civil Procedure 12(c), Plaintiff Zion Williamson, through counsel, hereby moves this Court for judgment on the pleadings with respect to Plaintiff's claim for Declaratory Judgment (Count I) on the basis that the undisputed facts in the pleadings reveal no genuine issues of material fact and Plaintiff is entitled to judgment as a matter of law. The accompanying Memorandum provides additional support for this Motion.

      WHEREFORE, Defendant requests that the Court enter an Order as follows:

      (1)    Granting judgment in Plaintiff's favor on his claim for Declaratory Judgment (Count I) in the First Amended Complaint;

      (2)    Declaring that the April 20, 2019 Joint Marketing and Branding Agreement between Plaintiff and Defendants is void or voidable and voided by Mr. Williamson; and

      (3)    Granting to Plaintiff such other and further relief as the Court deems just and appropriate.

This 20th day of May 2020.

/s/ John R. Wester
John R. Wester
N.C. Bar No. 4660
jwester@robinsonbradshaw.com
Robert E. Harrington
N.C. Bar No. 26967
rharrington@robinsonbradshaw.com
Fitz E. Barringer
N.C. Bar No. 42679
fbarringer@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000

Jeffrey S. Klein*
Jeffrey.Klein@weil.com
Pravin R. Patel**
Pravin.Patel@weil.com
Lauren E. Richards**
Lauren.Richards@weil.com

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8790
Facsimile: 212.310.8007

*Local Rule 83.1(d) Special Appearance filed.
**Local Rule 83.1(d) Special Appearance forthcoming.

*Attorneys for Plaintiff*