Docket No: 1:19-cv-00593 (LCB)(JLW)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
-----------------------------------------------------------X
ZION WILLIAMSON,

                               Plaintiff,

      -against-

PRIME SPORTS MARKETING, LLC AND
GINA FORD,

                              Defendants.
-----------------------------------------------------------X


**DECLARATION OF WILLIE E. GARY, ESQ. IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO F.R.C.P. 12(c)**


**GARY, WILLIAMS, PARENTI, WATSON & GARY, PLLC**
**21 E. Osceola Street**
**Stuart, Florida 34994-2213**
**(772) 283-8260; (772) 220-3343(fax)**

**DRUMMOND & SQUILLACE, PLLC**
**175-61 Hillside Avenue, Suite 205**
**Jamaica, New York 11432**
**(718) 298-5050; (718) 298-554(fax)**

**LAW OFFICE OF ALVIN L. PITTMAN**
**Airport Center Building**
**5901 W. Century Blvd., Suite 412**
**Los Angeles, California 90045**
**(310) 337-3077; (310) 337-3080(fax)**


*ATTORNEYS FOR DEFENDANTS PRIME SPORTS MARKETING, LLC*
*AND GINA FORD*

Docket No.: 1:19-CV-593 (CM)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
-------------------------------------------------------------------------X
ZION WILLIAMSON,

                                                    Plaintiff,

        -against-

PRIME SPORTS MARKETING, LLC, AND GINA FORD,

                                                    Defendants.
-------------------------------------------------------------------------X

### DECLARATION OF WILLIE E. GARY, ESQ. IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO F.R.C.P. 12(c)

I, WILLIE E. GARY, ESQ., hereby declare:

1.      I am a partner with the Law Firm of Gary, Williams, Parenti, Watson & Gary, PLLC, Attorneys for Defendants PRIME SPORTS MARKETING, LLC AND GINA FORD, in the within action.

2.      I submit this Declaration in opposition to Plaintiff's motion for partial declaratory judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) herein.

3.      Attached hereto and cited in Defendants' Memorandum of Law as Exhibit "A" is a true and accurate copy of Defendants' Requests for Admissions to Plaintiff in the related Florida action.

4.      Attached hereto and cited in Defendants' Memorandum of Law as Exhibit "B" is a true and accurate copy of the publicly filed text messages regarding discussions of Nike making financial offerings to Plaintiff in 2017 that were filed on the Court's public

Docket in the United States District Court for the Southern District of New York in Case No.: 1:19-cr-00373-PGG.

5.      Attached hereto and cited in Defendants' Memorandum of Law as Exhibit "C" is a true and accurate copy of the publicly filed official Court trial transcript regarding wiretap conversation(s) between Adidas representative Merl Code and Kansas Assistant Coach Kurtis Townsend regarding discussions of financial and/or otherwise offerings being made to Plaintiff from Kansas University that were filed on the Court's public Docket in the United States District Court for the Southern District of New York in Case No.: 1:17-cr-686-LAK.

6.      Attached hereto and cited in Defendants' Memorandum of Law as Exhibit "D" is a true and accurate copy of the corporate registration of SSA Enterprises, LLC, the deed/title to the South Carolina property that SSA Enterprises LLC purchased on May 28, 2019 for $730,000.00 and a picture of same property.

7.      Attached hereto and cited in Defendants' Memorandum of Law as Exhibit "E" is a true and accurate copy of the Zillow listing for the South Carolina property where Plaintiff and his family resided prior to attending Duke University and prior to moving to North Carolina, its listed monthly rent in and around the time Plaintiff and his family rented same and it current market value.

8.      Attached hereto and cited in Defendants' Memorandum of Law as Exhibit "F" is a true and accurate copy of the deed/title to the North Carolina property where Plaintiff and his family resided when he attended Duke University which is owned by Thomas Morris and his wife, its Zillow listing containing the listed monthly rent in and around the time Plaintiff and his family resided in same, its market value at around the time

2

they resided in same and its current listed monthly rent and market value rented same and it current market value.

**WHEREFORE,** based upon Defendants' Memorandum of Law in Opposition and Exhibits attached thereto, and, based upon the pleadings had herein including Defendants' Answer, Affirmative Defenses and Counterclaims with attached Exhibits, Defendants respectfully request that this Court deny Plaintiff's motion in its entirety, that this Court hold that Florida law governs the Contract herein and for such other and further relif as this Court deems just and proper.

Dated: June 9, 2020

/s/ Willie E. Gary
WILLIE E. GARY, ESQ.*
*Local Rule 83.1(d) Special Appearance*

3

Docket No: 1:19-cv-00593 (LCB)(JLW)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
-----------------------------------------------------------X
ZION WILLIAMSON,

       Plaintiff,

  -against-

PRIME SPORTS MARKETING, LLC AND
GINA FORD,

       Defendants.
-----------------------------------------------------------X


**DECLARATION OF WILLIE E. GARY, ESQ. IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO F.R.C.P. 12(c)**


**GARY, WILLIAMS, PARENTI, WATSON & GARY, PLLC**
**21 E. Osceola Street**
**Stuart, Florida 34994-2213**
**(772) 283-8260; (772) 220-3343(fax)**

**DRUMMOND & SQUILLACE, PLLC**
**175-61 Hillside Avenue, Suite 205**
**Jamaica, New York 11432**
**(718) 298-5050; (718) 298-554(fax)**

**LAW OFFICE OF ALVIN L. PITTMAN**
**Airport Center Building**
**5901 W. Century Blvd., Suite 412**
**Los Angeles, California 90045**
**(310) 337-3077; (310) 337-3080(fax)**


*ATTORNEYS FOR DEFENDANTS PRIME SPORTS MARKETING, LLC*
*AND GINA FORD*