# EXHIBIT
# "A"

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

PRIME SPORTS MARKETING, LLC and
GINA FORD

          Plaintiffs,

v.

ZION WILLIAMSON, CREATIVE ARTISTS
AGENCY, LLC, AUSTIN BROWN, and
LISA JOSEPHS METELUS

          Defendants.

Case No. 2019-018705-CA-01

Judge David C. Miller
Section CA21

## PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANT ZION WILLIAMSON

**COMES NOW Plaintiffs'**, PRIME SPORTS MARKETING LLC and GINA FORD, by and

through undersigned counsel, pursuant to Fla. R. Civ. P. 1.370, and request Defendant, **ZION**

**WILLIAMSON**, to admit that each of the following statements are true:

For each Response to Request for Admissions, please state the following:

Is this your response to each request for admission served with these interrogatories an unqualified

admission? If not, for each response that is not an unqualified admission:

    a) state the number of the request.

    b) state all facts upon which you base your response;

    c) state the names, Addresses, and telephone numbers of all Persons who have

knowledge of those facts;

    d) identify all Documents and other tangible things that support your response and state

the name, Address, and telephone number of the Person who has each Document or thing.

1

1. Admit that between 1-1-2014 and the date that you selected Duke University, Sharonda Sampson and Lee Anderson , as your mother, was duly authorized to speak and act on behalf of you relative to your conditions and requirements in selecting the college that you would attend.

2. Admit that between 1-1-2014 and the date that you selected Duke University, Sharonda Sampson, as your mother, was duly authorized to speak and act on your behalf relative to the topic of what college you would attend.

3. Admit that between 1-1-2014 and the date that you selected Duke University, Lee Anderson, as your step-father, was duly authorized to speak and act on your behalf relative to the topic of what college you would attend.

4. Admit that between 1-1-2014 and the date that you selected Duke University, Sharonda Sampson and Lee Anderson , were individually and jointly authorized to speak and act on behalf of you relative to the terms and conditions that must be me by the college that was to receive you services as a college basketball player.

5. Admit that you knew that Sharonda Sampson demanded and received gifts and economic benefits from persons acting on behalf of Duke University (directly and/or indirectly) to influence you to attend Duke University to play basketball.

6. Admit that you knew that Lee Anderson demanded and received gifts, money and/or other benefits from persons acting on behalf of Duke University (directly and/or indirectly) to influence you to attend Duke University to play basketball.

7. Admit that you knew that Sharonda Sampson demanded and received gifts, money and/or other benefits from persons on behalf of Duke University (directly and/or indirectly) to influence you to attend Duke University to play basketball.

8. Admit that you knew that Lee Anderson demanded and received gifts, money and other

2

benefits from persons acting on behalf of Nike (directly and/or indirectly) to influence you to attend Duke University to play basketball.

9. Admit that you knew that Sharonda Sampson demanded and received gifts, money and/or other benefits from persons on behalf of Nike (directly and/or indirectly) to influence you to attend Duke University to play basketball.

10. Admit that before you became a student at Duke University, you knew that Lee Anderson demanded and received gifts, money and/or other benefits from persons acting on behalf of Adidas (directly and/or indirectly) to influence you to wear Adidas shoes.

11. Admit that before you became a student at Duke University, you knew that Sharonda Sampson demanded and received gifts, money, contract(s), and/or economic benefits from persons on behalf of Adidas (directly and/or indirectly) to influence you to wear Adidas shoes.

12. Admit that before you became a student at Duke University, you knew that Lee Anderson demanded and received gifts, money and/or other benefits from persons acting on behalf of Adidas (directly and/or indirectly) to influence you to attend a college that endorsed Adidas shoes.

13. Admit that before you became a student at Duke University, you knew that Sharonda Sampson demanded and received gifts and/or other benefits from persons on behalf of Adidas (directly and/or indirectly) to influence you to attend a college that endorsed Adidas shoes.

14. Admit that before you became a student at Duke University, you, or person(s) acting on your behalf (including but not limited to Sharonda Sampson and Lee Anderson) received gifts, money and/or other benefits from persons other that NCAA certified agents between 1-1-2014 and 04-14-2019.

15. Admit that before you became a student at Duke University, you, or person(s) acting on

3

your behalf (including but not limited to Sharonda Sampson and Lee Anderson) accepted benefits from a NCAA-certified agent that are not expressly permitted by the NCAA legislation between 1-1-2014 and 04-14-2019.

16. Admit that while attending Duke University, you maintained permanent residency in the State of South Carolina.

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was served on counsel of record via e-mail on May 6, 2020. A corresponding Notice of Serving Request for Production was filed electronically with the Clerk of the Court the same day via the Florida Courts E-Filing Portal, which will electronically serve a copy upon all counsel of record.

Respectfully submitted.

GARY, WILLIAMS, PARENTI, WATSON & GARY, PLLC
Counsel for Plaintiffs
221 S.E. Osceola Street
Stuart, FL 34994
**Telephone**: (772) 283-8260
**Facsimile**: (772) 220-3343
**E-mail**: lw@williegary.com;tcp@williegary.com

BY:  */s/ Lorenzo Williams*
LORENZO WILLIAMS, ESQ.
Florida Bar No.: 249874

/s/ Willie E. Gary
WILLIE E. GARY (Fla. Bar No.187843)
LARRY A. STRAUSS (Fla. Bar No. 654671)
LORENZO WILLIAMS (Fla Bar No. 249874)
Gary, Williams, Parenti, Watson & Gary, PLLC
221 S.E. Osceola Street
Stuart, FL 34994
(772) 283-8260; (772) 220-3343 (fax)
dpk@williegary.com; Larry@williegary.com
lw@williegary.com; tcp@williegary.com

/s/ Stephen L. Drummond
STEPHEN L. DRUMMOND
DRUMMOND & SQUILLACE, PLLC
175-61 Hillside Avenue
Suite 205
Jamaica, New York 11432
(718) 298-5050; (718) 298-5554(fax)
sdrummnond@dswinlaw.com

4

/s/ Alvin L. Pittman
ALVIN L. PITTMAN
Law Offices of Alvin L. Pittman
Airport Center Building
5901 W Century Boulevard, Suite 412
Los Angeles, California 90045
office@apittman-law.com

/s/ JoAnn Squillace
JOANN SQUILLACE
DRUMMOND & SQUILLACE, PLLC
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050; (718) 298-5554(fax)
jsquillace@dswinlaw.com

5