# EXHIBIT
# "B"

# Exhibit E



| Participants | From | | Body | Timestamp | Timestamp Time |
|---|---|---|---|---|---|
| Rachel Baker (owner) + Marc Steigerwalt + Gabby Olivares | + Olivares | Gabby | Hi! When can I start handing out checks to coaches? They are asking and some unaware they are even getting paid 😕 | 7/27/2016 | 7/27/2016 13:55(UTC-4) |
| Rachel Baker (owner) + Marc Steigerwalt + Gabby Olivares | Steigerwalt | Marc | I can give them all to you. You just need some envelopes to label per person. I have them all broken down by category of what they are doing | 7/27/2016 | 7/27/2016 13:57(UTC-4) |

Produced Subject to FRCP 6(e)
FOIA Confidential Treatment Requested

USAO373_00046128
NCBB-0009545

(John Stovall)



| Party | | Date | Time | Message |
|---|---|---|---|---|
| To: + | Jamal James | 2/11/2017 | 2/11/2017 10:54:01 PM | Also C, just remember that the Romeo and Zion deals are NOT done yet! We are still in it. Just want u to remember that possible financial obligation also |
| To: +<br>From: + | Carlton Debose<br>Jamal James | 2/11/2017 | 2/11/2017 10:59:20 PM | ☺ |
| To: +<br>From: + | Carlton Debose<br>Jamal James | 2/11/2017 | 2/11/2017 10:59:28 PM | Forgot about that... |
| To: +1<br>From: + | Carlton Debose<br>Jamal James | 2/11/2017 | 2/11/2017 11:01:16 PM | I just told them we could do the 30k too... |
| To: +<br>From: + | Carlton Debose<br>Carlton Debose | 2/12/2017 | 2/12/2017 1:26:51 AM | I was working out fellas. Sorry for the delay  We're still in there for Zion and Langford?!?! I thought that ship had sailed |
| To: + | Jamal James | | | |
| To: + | Jamal James | 2/12/2017 | 2/12/2017 1:27:48 AM | Nope. Still at the dock. Hoping to have news next week |
| To: + | Carlton Debose | | | |
| From: + | Carlton Debose | 2/12/2017 | 2/12/2017 1:28:23 AM | OK got it. Let me know if I'm needed |
| To: + | Jamal James | | | |

USAO373_00046129

███████ (John Stovall)



| From: | ███ Jamal James | 2/12/2017 | 2/12/2017 8:52:58 PM | CD just got off the phone with Stovall. Question: Are we willing to do the additional 30k for this (California) along with whatever may be needed for the Zion/Romeo situations as well as the money we're now going to do for the ███ kid in Michigan? |
|---|---|---|---|---|
| To: | ███ Carlton Debose | | | |
| To: | ███ Jamal James | 2/12/2017 | 2/12/2017 8:56:03 PM | Langford - 20<br>Zion - 35 plus<br>███ - 15 |
| To:<br>From: | ███ Carlton Debose<br>███ Carlton Debose | 2/12/2017 | 2/12/2017 9:05:29 PM | CA Supreme situation will be mostly covered by Gary  his first check will be approximately 40K correct? Well that money was supposed to go to his 17u team correct? So give what was going to be used for your 17u team and give it to this new situation  The other 70 listed I'm willing to spend to cripple adidas. The amount of work that you guys are doing is more than worth me spinning the approximate 100k to support the efforts. I will have to get creative elsewhere in the budget but I'm encouraging you all to stay aggressive and I will figure out the money part. |
| To: | ███ Jamal James | | | |
| From: | ███ Carlton Debose | 2/12/2017 | 2/12/2017 9:06:39 PM | *spinning= spending (weird autocorrect) |
| To: | ███ Jamal James | | | |

USAO373 00046130

(John Stovall)



| To: | Jamal James | 2/25/2017 | 2/25/2017 3:56:35 AM | I hate to revisit this crap. BUT ... imo We should give Gary an ultimatum. Do what we are asking or lose your EYBL spot to the Truth. |
| To: | Carlton Debose | | | |
| From: | Jamal James | 2/25/2017 | 2/25/2017 4:31:40 AM | At this point I'm letting him cook. He's done after this year ... focus on finding a replacement or exploring the Westbrook scenario. |
| To: | Carlton Debose | | | |
| To: | Jamal James | 2/25/2017 | 2/25/2017 4:49:55 AM | Ok |
| To: | Carlton Debose | | | |

USAO373_00046134

(John Stovall)



| | | | | |
|---|---|---|---|---|
| To: | Jamal James | 2/28/2017 | 2/28/2017 3:38:40 PM | Langford went to Adidas! |
| To:<br>From: | Carlton Debose<br>Carlton Debose | 2/28/2017 | 2/28/2017 4:07:39 PM | Wow. Ok. Update on Williamson? |
| To:<br>To: | Jamal James<br>Jamal James | 2/28/2017 | 2/28/2017 4:09:49 PM | Nothing yet. Norm had not talked to them directly in a couple of days. Still has not presented our new offer. Only hinted at it. He did not want to put it in print which I agreed with. |
| To:<br>From: | Carlton Debose<br>Carlton Debose | 2/28/2017 | 2/28/2017 4:10:33 PM | Yup. What moved Langford? |
| To:<br>To: | Jamal James<br>Jamal James | 2/28/2017 | 2/28/2017 4:13:57 PM | $$ is my guess. They claim "a chance to start a new path". I'm not buying it. They admitted they will stink and said "it's not about wins and losses" lol. Todd tried to match but they said "we are not greedy people". |
| To: | Carlton Debose | | | |

USAO373 00046135

(Carlton DeBose)

| Party | Date | Time | Message |
|---|---|---|---|
| From: ▮▮▮ Marc Steigerwalt | 5/13/2017 | 5/13/2017 5:49.14 PM | Let me know what u need then and I'll break it up over the break so u have tonight |
| To: ▮▮▮ Marc Steigerwalt | 5/13/2017 | 5/13/2017 7:08:26 PM | Break it up into: 4, 3, 3, 2, 3, 2500. |
| From: +▮▮▮ Marc Steigerwalt | 5/13/2017 | 5/13/2017 8:32:10 PM | Got it. |
| To: +▮▮▮ Marc Steigerwalt | 5/13/2017 | 5/13/2017 10:04:38 PM | Hold on to that 6. |
| From: +▮▮▮ Marc Steigerwalt | 5/13/2017 | 5/13/2017 10:05:27 PM | I still have 10 that I brought with after pulling what u need |
| To: +▮▮▮ Marc Steigerwalt | 5/13/2017 | 5/13/2017 10:06:06 PM | OK we will likely carry that over to Elite 100 and Peach Jam. |
| To: +▮▮▮ Marc Steigerwalt | 5/13/2017 | 5/13/2017 10:06:13 PM | Know we will need it |
| From: +▮▮▮ Marc Steigerwalt | 5/13/2017 | 5/13/2017 10:06:29 PM | Cool |

Produced Subject to FRCP 6(e)
FOIA Confidential Treatment Requested

USAO373-00046140
NCBB-0009562

(Carlton DeBose)



| | | | |
|---|---|---|---|
| From: +____ KP | 7/6/2017 | 7/6/2017 1:46 04 AM | Do u help people like Webster and speedy every year and how many more people asked you to help them. They both are happy u are helping them how many more are their. |
| To: ____ | 7/6/2017 | 7/6/2017 1:51:59 AM | Those two. And about 10 other brothers Tai, Rene, Speedy, Jeff, Gary Franklin, Munch, Steve Reece, Hennings, Matt Varden, about 10 coaches who are helping families to the total of about 200k annually and I still have to meet budget. |
| To: ____ | 7/6/2017 | 7/6/2017 1:56 05 AM | And keep the most of that off of General's and Nico's radar. |
| From: +____ KP | 7/6/2017 | 7/6/2017 2:34 14 AM | Wow |
| To: +____ | 7/6/2017 | 7/6/2017 2:36 26 AM | You're the only one that knows about it bc so many of these dudes are selfish and would want more bc they would argue that someone else don't deserve the help more than they do. It's a stressful balancing act |

USAO373 00046143

(Carlton DeBose)

| | | | |
|---|---|---|---|
| From: +███████ KP | 7/6/2017 | 7/6/2017 2:38:01 AM | Damn man can it come back n hurt you? |
| To: +███████ | 7/6/2017 | 7/6/2017 2:41:01 AM | Not really. Have to do it cleanly and with a process. I'm good but it's enough to where Lynn and Nico don't want to know the intimate details to cover their asses. So it's a risk but my every day job is a damn risk so I'm used to it now |
| From: +███████ KP | 7/6/2017 | 7/6/2017 2:47:10 AM | Watch your back bro with corporate America niggas are endangered species. I don't trust anyone with your future |
| To: +███████ | 7/6/2017 | 7/6/2017 2:48:22 AM | I am. I appreciate you big bro. I'm careful. |

USAO373 00046144



(Rachel Baker)

Me (owner) Sara | Me | I'm scared to go through security with this much cash. Should I just put it in my checked bag? | 9/18/2017 | 9/18/2017 07:10(UTC-4)

Rachel Baker

Me (owner) Sara | Me | Nvm. If I get stopped I'll just say I just sold my car | 9/18/2017 | 9/18/2017 07:10(UTC-4)

Rachel Baker

Produced Subject to FRCP 6(e)
FOIA Confidential Treatment Requested

USAO373_00046146
NCBB-0009593

(Rachel Baker)

| | | | | |
|---|---|---|---|---|
| + ▮▮▮▮▮ Me (owner)<br>+ ▮▮▮▮▮ Sara<br>▮▮▮▮▮<br>Rachel Baker | + ▮▮▮▮▮ Sara | Hell no to putting it in your checked bag | 9/18/2017 | 9/18/2017 07:13(UTC-4) |
| + ▮▮▮▮▮ Me (owner)<br>+ ▮▮▮▮▮ Sara<br>Rachel Baker | + ▮▮▮▮▮ Me | lol okay | 9/18/2017 | 9/18/2017 07:16(UTC-4) |

Produced Subject to FRCP 6(e)
FOIA Confidential Treatment Requested

USAO373_00046147
NCBB-0009594