# EXHIBIT
# "C"

IAG8GAT1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA,

                    v.                          17 Cr. 686 (LAK)

JAMES GATTO, a/k/a "Jim,"
MERL CODE,
CHRISTIAN DAWKINS,

                    Defendants.

------------------------------x

                                            October 16, 2018
                                            9:40 a.m.

Before:

                    HON. LEWIS A. KAPLAN,

                                            District Judge
                                             and a Jury

                          APPEARANCES

ROBERT S. KHUZAMI
      Acting United States Attorney for the
      Southern District of New York
BY:   EDWARD B. DISKANT
      NOAH D. SOLOWIEJCZYK
      ALINE R. FLODR
      ELI J. MARK
      Assistant United States Attorneys

WILLKIE FARR & GALLAGHER LLP
      Attorneys for Defendant Gatto
BY:   MICHAEL S. SCHACHTER
      CASEY E. DONNELLY

                 SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

Iagdgat2

THE COURT: All right, if you want.

MR. MOORE: In this call between Mr. Code and Mr. Townsend, Mr. Townsend says, on page 2, when they are referring to this player, Zion Williams: "Hey, but between me and you, you know, he asked about some stuff. You know? And I said, well, we'll talk about that you decide."

And then Mr. Code says: "I know what he's asking for." This is the player. "He's asking for opportunities from an occupational prospective. He's asking for money in the pocket. And he's asking for housing for him and the family."

And they go on to talk. And Mr. Townsend says: "so, I've got to just try to work and figure out a way. Because if that's what it takes to get him for ten months, we're going to have to do it some way."

This is in the time period of the alleged conspiracy. And so my client's state of mind for the entire time period of the alleged conspiracy is relevant, we believe. While I know that it is some distance from the actual Bowen agreement, there is evidence -- and the government argued this yesterday through -- will argue it, and they put up evidence of the payments that go into August, late August, not too far removed from the date of this.

And as your Honor will recall, Mr. Gassnola testified that he did not believe that Townsend knew anything about payment to players or Coach Self knew anything about payment to

Case 1:19-cv-00593-LAF-JGM   Document 38-3   Filed 06/09/20   Page 3 of 3