# EXHIBIT
# "E"





Street View

 Street View



SC

3 beds · 2 baths · 1,400 sqft

**OFF MARKET**

Zestimate®:
**$153,331**

Rent Zestimate®:
$1,250 /mo

**Est. refi payment:** $

$ Get current rat

# Home Value

### Zestimate
# $153,331



**ZESTIMATE RANGE**
$146,000
-
$161,000



**LAST 30 DAY CHANGE**
-$23
(-0.0%)



**ONE YEAR FORECAST**
$160,078
(+4.4%)

Zestimate history & details ∨

---

# Price / Tax History ∧

---

**Price History**   Tax History

| DATE | EVENT | PRICE | $/SQFT | SOURCE |
|---|---|---|---|---|
| 4/16/2013 | Listing removed | $895/mo | $1 | Beech Management |
| 4/6/2013 | Listed for rent | $895/mo | $1 | Beech Management |
| 6/21/2007 | Sold | $113,900 | $81 | Public Record |