# EXHIBIT "F"





Price and tax history

**Price history**

| DATE | EVENT | PRICE |
|---|---|---|
| 4/1/2020 | Listed for rent | $4,495 (-10%) |
| Source: Block & Associates Realty | | |
| 6/29/2018 | Listing removed | $4,995 |
| Source: Block & Associates Realty | | |
| 6/23/2018 | Listing removed | $850,000 |
| Source: Urban Durham Realty | | |
| 6/4/2018 | Price change | $850,000 |
| Source: Urban Durham Realty | | |
| 4/11/2018 | Listed for rent | $4,995 |
| Source: Block & Associates Rty/Relocation | | |
| 1/28/2018 | Listed for sale | $900,000 (-5.3%) |
| Source: Urban Durham Realty | | |
| 12/15/2017 | Listing removed | $949,900 (-5%) |
| Source: Coldwell Banker Howard Perry and Walston | | |

See complete price history

FILED
███████ COUNTY
REGISTER OF DEEDS

| | |
|---|---|
| FILED | May ██ 2007 |
| AT | 04:26:10 pm |
| BOOK | ████████ |
| START PAGE | ████ |
| END PAGE | ████ |
| INSTRUMENT # | █████ |

████████  05-██-2007

**NORTH CAROLINA**
Real Estate
Excise Tax    $1,750.00

BOOK ████████ PAGE ████████

## NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax:  $ 1,750.00

Parcel Identifier No. ████████  Verified by _____ County on the ___ day of _____, 20__
By: _____

Mail/Box to:   Grantee _____

This instrument was prepared by: ████████████ _____

Brief description for the Index: ██████████████ _____

THIS DEED made this ██ day of _____, 20 07, by and between

| GRANTOR | GRANTEE |
|---|---|
| ████████████ | Thomas Morris and wife, ████████████ |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, _____ Township, _____ County, North Carolina and more particularly described as follows:
  BEING all of Lot ████████████, as shown on plat recorded in ████████████ County Registry.

The property hereinabove described was acquired by Grantor by instrument recorded in Book _____ page _____.

A map showing the above described property is recorded in Plat Book _____ page _____.

NC Bar Association Form No. L-3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981    SoftPro Corporation, 333 E. Six Forks Rd., Raleigh, NC 27609

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions: Restrictive covenants recorded in Book ██ Page ██, and ██, Page ██ and Book ██ Page ██ County Registry.

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_____ (Entity Name)

By: _____     _____ (SEAL)
Title: President

By: _____     _____ (SEAL)
Title: _____

By: _____     _____ (SEAL)
Title: _____

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____ _____ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this _____ day of _____, 20__.

My Commission Expires: _____

_____
Notary Public

State of North Carolina - County of Chatham

I, the undersigned Notary Public of the County and State aforesaid, certify that _____ personally came before me this day and acknowledged that _he is the President _____ of _____, a North Carolina or _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of such entity, _he signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal, this ██ day of _____ May _____, 20 07

My Commission Expires: ██████

_____
Notary Public

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____

Witness my hand and Notarial stamp or seal, this _____, 20__.

My Commission Expires: _____

_____
Notary Public

The foregoing Certificate(s) of _____ is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____ Register of Deeds for _____ County

By: _____     Deputy/Assistant - Register of Deeds

NC Bar Association Form No. L-3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981     SoftPro Corporation, 333 E. Six Forks Rd., Raleigh, NC 27609