IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:19-cv-00593-LCB-JLW

| | |
|---|---|
| ZION WILLIAMSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRIME SPORTS MARKETING, LLC,<br>and GINA FORD,<br><br>　　　　Defendants. | NOTICE OF SPECIAL APPEARANCE<br>OF PRAVIN R. PATEL |

Pursuant to Local Rule 83.1(d) of the Middle District of North Carolina, Pravin R. Patel, of the law firm Weil, Gotshal & Manges LLP hereby enters an appearance on behalf of Plaintiff Zion Williamson. In support of this Notice, the undersigned states the following:

1. Mr. Patel is a member in good standing of the Florida State Bar.

2. Mr. Patel has associated with John R. Wester, Robert E. Harrington, and Fitz E. Barringer of the law firm Robinson, Bradshaw & Hinson, P.A. who are members of the North Carolina State Bar and admitted to practice before this Court. Mr. Wester, Mr. Harrington and Mr. Barringer have entered their appearance as counsel for Plaintiff Zion Williamson in this action and agree to abide by LR 83.1(d)(2).

3. The appearing attorney has read the Local Rules of this Court and agrees to comply with the provisions of LR 83.1(d) in all respects.

This 17th day of June, 2020.

/s/ Pravin R. Patel
Pravin R. Patel*
pravin.patel@weil.com
Jeffrey S. Klein*
jeffrey.klein@weil.com
Lauren E. Richards*
lauren.richards@weil.com

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone:  (212) 310-8591
Facsimile:  (212) 310-8007
*Local Rule 83.1(d) Special Appearance

/s/ John R. Wester
John R. Wester
N.C. Bar No. 4660
JWester@robinsonbradshaw.com
Robert E. Harrington
N.C. Bar No. 26967
RHarrington@robinsonbradshaw.com
Fitz E. Barringer
N.C. Bar No. 42679
FBarringer@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina  28246
Telephone:    704.377.2536
Facsimile:    704.378.4000

*Attorneys for Plaintiff*