# EXHIBIT
# "C"

**PUBLICLY FILED TRIAL TRANSCRIPT OF WIRETAP RECORDINGS, FROM THE SOUTHERN DISTRICT OF NEW YORK DOCKET, CASE NO.: 1:17-cr-686-LAK, REGARDING IMPROPER/PROHIBITED OFFERINGS MADE BY ADIDAS TO PLAINTIFF**

IAG8GAT1

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------x

 3    UNITED STATES OF AMERICA,

 4              v.                              17 Cr. 686 (LAK)

 5    JAMES GATTO, a/k/a "Jim,"
      MERL CODE,
 6    CHRISTIAN DAWKINS,

 7              Defendants.

 8    ------------------------------x

 9                                     October 16, 2018
                                       9:40 a.m.
10
      Before:
11                   HON. LEWIS A. KAPLAN,

12                                     District Judge
                                        and a Jury
13

14                        APPEARANCES

15    ROBERT S. KHUZAMI
           Acting United States Attorney for the
16         Southern District of New York
      BY:  EDWARD B. DISKANT
17         NOAH D. SOLOWIEJCZYK
           ALINE R. FLODR
18         ELI J. MARK
           Assistant United States Attorneys
19
      WILLKIE FARR & GALLAGHER LLP
20         Attorneys for Defendant Gatto
      BY:  MICHAEL S. SCHACHTER
21         CASEY E. DONNELLY

22

23

24

25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1              THE COURT:  All right, if you want.

2              MR. MOORE:  In this call between Mr. Code and

3    Mr. Townsend, Mr. Townsend says, on page 2, when they are

4    referring to this player, Zion Williams:  "Hey, but between me

5    and you, you know, he asked about some stuff.  You know?  And I

6    said, well, we'll talk about that you decide."

7              And then Mr. Code says:  "I know what he's asking

8    for."  This is the player.  "He's asking for opportunities from

9    an occupational prospective.  He's asking for money in the

10   pocket.  And he's asking for housing for him and the family."

11             And they go on to talk.  And Mr. Townsend says:  "so,

12   I've got to just try to work and figure out a way.  Because if

13   that's what it takes to get him for ten months, we're going to

14   have to do it some way."

15             This is in the time period of the alleged conspiracy.

16   And so my client's state of mind for the entire time period of

17   the alleged conspiracy is relevant, we believe.  While I know

18   that it is some distance from the actual Bowen agreement, there

19   is evidence -- and the government argued this yesterday

20   through -- will argue it, and they put up evidence of the

21   payments that go into August, late August, not too far removed

22   from the date of this.

23             And as your Honor will recall, Mr. Gassnola testified

24   that he did not believe that Townsend knew anything about

25   payment to players or Coach Self knew anything about payment to

Case 1:19-cv-00593-LCB-JLW   Document 54-4   Filed 02/17/21   Page 3 of 3