# EXHIBIT "D"

**REGISTRATION FOR SSA ENTERPRISES, LLC WITH PLAINTIFF'S MOTHER AS REGISTERED AGENT THEREFOR AND DEED AND PICTURE OF $730,000.00 SOUTH CAROLINA RESIDENCE PURCHASED BY SSA ENTERPRISES BEFORE PLAINTIFF DRAFTED TO NBA**



SSA Enterprises LLC is a South Carolina entity registered on April 12, 2019 listing Sharonda Sampson Anderson as the Registered Agent.

## SSA Enterprises, LLC

### Corporate Information

Entity Type  Limited Liability Company

Status  Good Standing

Domestic/Foreign  Domestic

Incorporated State  South Carolina

### Important Dates

Effective Date 04/12/2019

Expiration Date N/A

Term End Date 04/12/2069

Dissolved Date N/A

### Registered Agent

Agent  Sharonda Sampson Anderson

Address  ███████████████

# SSA Enterprises, LLC

## Corporate Information

**Entity Type:** Limited Liability Company

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

## Important Dates

**Effective Date:** 04/12/2019

**Expiration Date:** N/A

**Term End Date:** 04/12/2069

**Dissolved Date:** N/A

## Registered Agent

**Agent:** Sharonda Sampson Anderson

**Address:** ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ South Carolina ▮▮▮▮

## Official Documents On File

| Filing Type | Filing Date |
| --- | --- |
| Articles of Organization | 04/12/2019 |

For filing questions please contact us at ▮▮▮▮▮

Copyright © 2020 State of South Carolina

Grantee's address: 

DEE-2019-24006

DEE BK 123-Z PG 74-75

Recorded 2 Pages on 05/29/2019 02:45:13 PM
Recording Fee: $10.00 County Taxes: $803.00 State Taxes: $1,898.00
Office of REGISTER OF DEEDS, ▓▓▓▓▓▓ S.C.
Dorothy Earle, Register Of Deeds

## TITLE TO REAL ESTATE

KNOW ALL MEN BY THESE PRESENTS, that, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, in consideration of SEVEN HUNDRED THIRTY THOUSAND AND NO/100 DOLLARS, ($730,000.00), the receipt of which is hereby acknowledged, have granted, bargained, sold and released, and by these presents do grant, bargain, sell and release unto:

**SSA ENTERPRISES, LLC**, its successors and assigns forever:

All that certain piece, parcel or lot of land, with improvements thereon, lying, situate and being in the State and County aforesaid, being shown and designated as Lot No. ▓▓ containing .62 acre, more or less, fronting on ▓▓▓▓▓▓▓, on a plat prepared for ▓▓▓▓▓▓▓ in ▓▓▓▓ and recorded December 21, 1998, in Plat Book ▓▓ at page ▓▓, Register of Deeds for ▓▓▓▓▓ County, South Carolina.

This is the same property conveyed to the grantor herein by deed of ▓▓▓▓▓▓ dated January ▓, 2007, recorded January ▓ 2007, in Deed Book ▓▓ at page ▓▓ and by deed of ▓▓▓▓▓▓▓ dated January ▓ 2011, recorded February ▓ 2011, in Deed Book ▓▓ at page ▓▓ Register of Deeds for ▓▓▓▓ County, South Carolina.

Block Map ▓▓▓▓▓ ( ▓▓▓▓▓ )

together with all and singular the rights, members, hereditaments and appurtenances to said premises belonging or in anywise incident or appertaining; to have and to hold all and singular the premises before mentioned unto the grantee(s), and the grantee's(s') heirs (or successors) and assigns forever. And the grantor(s) do(es) hereby bind the grantor(s) and the grantor's(s') heirs (or successors), executors and administrators to warrant and forever defend all and singular said premises unto the

grantee(s) and the grantee's(s') heirs (or successors) and assigns against the grantor(s) and the grantor's(s') heirs (or successors) and against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to restrictions and easements of record, if any.

WITNESS the grantor's(s') hand(s) and seal(s) this 28th day of May, 2019.

SIGNED, sealed and delivered in the presence of:

_____
(#1 witness to sign)
Print name: ▮

_____
(#2 witness or notary to sign as witness)
Print name: ▮

STATE OF SOUTH CAROLINA )
                         )  ACKNOWLEDGMENT
COUNTY OF ▮              )

I, ▮ Notary Public for South Carolina, do hereby certify that ▮ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

WITNESS my hand and seal this the 28th day of May, 2019.

_____
(Notary to sign)
Notary Public for South Carolina
My Commission Expires: 10-14-23

[Notary seal: GEORGE BRANDT III, NOTARY PUBLIC, SOUTH CAROLINA]