# EXHIBIT "E"

PICTURE OF SOUTH CAROLINA RENTAL PROPERTY WHERE PLAINTIFF/PLAINTIFF'S FAMILY RESIDED PRIOR TO PLAINTIFF ATTENDING DUKE UNIVERSITY AND COPY OF ZILLOW LISTING WITH ESTIMATED VALUE OF SAME PROPERTY AND LISTING MONTHLY RENTAL PRICE




Street View

Street View



SC

3 beds · 2 baths · 1,400 sqft

**OFF MARKET**

Zestimate®:
$153,331

Rent Zestimate®:
$1,250 /mo

Est. refi payment: $
 Get current rate

# Home Value

Zestimate

# $153,331

| ZESTIMATE RANGE | LAST 30 DAY CHANGE | ONE YEAR FORECAST |
|---|---|---|
| $146,000 - $161,000 | -$23 (-0.0%) | $160,078 (+4.4%) |

Zestimate history & details ⌄

## Price / Tax History  ∧

**Price History**    Tax History

| DATE | EVENT | PRICE | $/SQFT | SOURCE |
|---|---|---|---|---|
| 4/16/2013 | Listing removed | $895/mo | $1 | Beech Management |
| 4/6/2013 | Listed for rent | $895/mo | $1 | Beech Management |
| 6/21/2007 | Sold | $113,900 | $81 | Public Record |