# EXHIBIT "H"

**PLAINTIFF'S SOUTH CAROLINA PHOTO IDENTIFICATION WHICH PLAINTIFF PROVIDED WHEN PLAINTIFF EXECUTED THE APRIL 20, 2019 CONTRACT WITH PRIME SPORTS MARKETING, LLC AND GINA FORD**

