# EXHIBIT "L"

**APRIL 28, 2019 PHOTOGRAPH OF PLAINTIFF, GINA FORD AND DUKE UNIVERSITY'S COACH K AT PLAINTIFF'S *SLAM MAGAZINE* PHOTO SHOOT**

