# EXHIBIT "N"

## CAA'S LISA JOSEPH METELUS' 9:17PM TEXT TO GINA FORD REGARDING PLAINTIFF

1:26

< Lisa Josephs  📞 Q ⋮

Friday, 31 May 2019

 Hi Gina. Hope all is well. Wanted to reach out and talk about Zion/CAA. Let me know if you have a few minutes to talk tonight or if tomorrow works.

9:17 PM

How late can