# EXHIBIT "O"

## JUNE 3, 2019 EMAIL FROM EA ENTERTAINMENT, INC/EA SPORTS TO GINA FORD REGARDING CAA'S TAKEOVER OF ENDORSEMENT DEAL FOR PLAINTIFF

From: "Galea, Marci" <████@ea.com>
Date: 6/3/19 5:25 PM (GMT-05:00)
To: Gina Ford <████@████>
Cc: "Galea, Marci" <████@ea.com>, <████@ea.com>
Subject: RE: EA SPORTS x Zion Williamson, Rescinding 5/13/19 Proposal

Hello Gina,

I hope this finds you well.

The representative we work with regularly at CAA called to let us know that they have the exclusive marketing rights Zion. Due to this, we are kindly rescinding the offer we made through you on May 13, 2019, and will forward an offer the CAA representative.

We will let CAA know that the offer was originally sent to you, and that we have formally rescinded this.

I want to thank you for all your efforts and the discussions that you have had with Zion on our behalf.

We are hopeful that we will be working with him this year.

Should you have any questions, please let me know.

Best,

Marci

---

Marci Galea | EA Entertainment, Inc.

Director, Business Development | Global Talent and Labor Relations

209 Redwood Shores Parkway | Redwood City, CA 94065
Phone: ████ Mobile: ████
email: ████@ea.com