# EXHIBIT "P"

## JUNE 4, 2019 EMAIL FROM BIOSTEEL TO GINA FORD, FORWARDING JUNE 4, 2019 EMAIL FROM MATTHEW LACKS AND CAA TO BIOSTEEL, REGARDING CAA TAKING OVER ENDORSEMENT DEAL FOR PLAINTIFF

From: ██████@biosteel.com>
Date: June 4, 2019 at 5:11:18 PM EDT
To: ██████
Subject: FW: Zion Williamson

██████

Pls see below

██████

**BioSteel Sports Nutrition Inc.**
87 Wingold Ave, Unit 1
Toronto, ON M6B 1P8
Office Line +1 416 322 7833
Main Fax +1 416 322 7830
www.BioSteel.com
@BioSteelSports

---

From: Matt Lacks ██████@caa.com>
Date: Tuesday, June 4, 2019 at 5:04 PM
To: ██████@biosteel.com>
Subject: Zion Williamson

██████

Hope you're well!

As I am sure you've heard CAA has signed Zion Williamson exclusively in all areas of representation.

We're being very selective in approaching a few brands we feel might make sense for Zion and wanted to see if Biosteel is interested.

We are having conversations in the category and hope to finalize a partnership by the week of the NBA draft.

If you are interested, let's connect in the next day or so.

Best,
Matt

Matthew Lacks | CAA Sports
405 Lexington Avenue, NY, NY 10174
p. 212.277.9000
www.sports.caa.com
██████@caa.com

1