# EXHIBIT "Q"

**PRIME SPORTS MARKETING, LLC'S AND GINA FORD'S JUNE 4, 2019 CORRESPONDENCE TO PLAINTIFF**

# Drummond & Squillace, PLLC

Attorneys at Law
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050 /F: (718) 298-5554
www.dswinlaw.com

June 4, 2019

Stephen L. Drummond*
JoAnn Squillace**

*Admitted NY, NJ, FL,
**Admitted NY, NJ

*VIA REGULAR MAIL AND VIA FACSIMILE: (212) 310-8007*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Mr. Jeffrey S. Klein, Esq.

Re: ZION WILLIAMSON AND PRIME SPORTS MARKETING, LLC & MS. GINA FORD

Dear Mr. Klein:

Please be advised that the Law Firm of Drummond & Squillace, PLLC and the Law Offices of Alvin L. Pittman represent Prime Sports Marketing, LLC ("PSM") and Ms. Gina Ford. We hereby acknowledge our Clients' receipt of your June 2, 2019 letter regarding the "Consulting and Joint Marketing and Branding Agreement" entered between Zion Williamson and our Clients which has been submitted to us for consideration and response.

While we will not respond to the merits of your claims individually, please be advised that your recitation to and reliance on the North Carolina Uniform Athlete Agents Act ("UAAA") is misplaced and not applicable to your Client nor to the Agreement that he voluntarily and knowingly entered into with our Clients. Your Client declared eligible for the 2019 NBA draft on or about April 15, 2019 and the subject Agreement between our respective Clients was entered into subsequent to your Client's declaration for the NBA draft. Please be advised that we reject your claims that the Agreement is void and/or voidable.

Indeed, we acknowledge your statement that your Client "does not wish to litigate" as his recognition that he clearly and intentionally breached his contract with our Clients. To resolve this matter without protracted litigation, our Client is amenable to the pursuit of an amicable resolution. However, as review of the facts, circumstances and documents in the within matter lead us to conclude that a valid and enforceable written Agreement exists between our respective Clients, be advised that, in the event we are unable to achieve an amicable resolution, our Clients are prepared to seek immediate court intervention, including injunctive relief, in order to protect their legal interests. Your Client's actions are clearly intentional and willful and evident of unlawful tortuous interference with the rights, authority, business and activities of our Clients. Moreover, your Clients' willful and intentional action of selecting a new agent/marketing agent facilitated, enabled and/or authorized injurious actions by third party(ies) against our Clients which have severely damaged our Clients' reputations, character and business beyond the economic losses.

Pursuant to the valid and enforceable Agreement/contract between our respective Clients, PSM and Ms. Gina Ford (its President) properly commenced performance by lending their prestigious names and reputations to engage the marketplace in pursuit of economic opportunities/endorsements on behalf of Mr. Williamson through written and verbal communications and representations—an engagement whose success has already been illustrated by your Client's acceptance of and participation in one such opportunity procured by our Clients. Further, we understand that our Clients have generated and submitted several other multi-million-dollar endorsements/opportunities for your Client's consideration. The broadly publicized announcement made by the Creative Artists Agency ("CAA") on May 30, 2019 (with or without your Client's authorization) has caused and continues to cause significant injuries, losses and harm to our Clients as it has casted a dark and injurious cloud on the veracity and integrity of our Clients which has damaged our Clients' reputation and ability to conduct business. Indeed, you and your Client should note that the foreseeable injuries, losses, damages and harm caused (and continuing to be caused) to our Clients will likely exceed One Hundred Million Dollars ($100,000,000.00).

Kindly advise as to whether your Client is amenable to an amicable mediation/resolution of this matter by Noon Eastern Standard Time on June 10, 2019. Should we not receive any response from you by that time, we will assume that your Client does not wish to pursue a prompt and privately negotiated resolution of this dispute and our Clients will pursue any and all legal action to protect their legal interests against your Client and against any and all other parties they deem to be responsible.

Very truly yours,

JOANN SQUILLACE, ESQ.
JS/JS
Op-04

CC: Creative Artists Agency (CAA)
405 Lexington Avenue, 19th Floor
New York, New York 10174
(212) 277-9099 (fax)

Creative Artists Agency (CAA)
2000 Avenue of the Stars
Los Angeles, California 90067
(424) 288-2900 (fax)

Ms. Lisa Josephs Metelus (Marketing Agent)
Mr. Austin Brown (NBA Agent)
C/O Creative Artists Agency (CAA)
405 Lexington Avenue, 19th Floor
New York, New York 10174
(212) 277-9099 (fax)

Ms. Lisa Josephs Metelus (Marketing Agent)
Mr. Austin Brown (NBA Agent)
C/O Creative Artists Agency (CAA)
401 Commerce Street, Penthouse
Nashville, Tennessee 37219

Ms. Lisa Josephs Metelus (Marketing Agent)
Mr. Austin Brown (NBA Agent)
C/O Creative Artists Agency (CAA)
2000 Avenue of the Stars
Los Angeles, California 90067
(424) 288-2900 (fax)

# DRUMMOND & SQUILLACE, PLLC

175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050
Fax: (718) 298-5554

**●●●●●●●●●●**

## FAX COVER LETTER

From The Desk of:

*JoAnn Squillace*
*Partner*

Date: June 4, 2019

To: Mr. Jeffrey S. Klein, Esq.

Fax No.: (212) 310-8007

Re: Zion Williamson and Prime Sports Marketing, LLC / Gina Ford

Pages: 4 including fax cover letter

Please see attached.

The documents accompanying this telecopy transmission contain information from the law firm of Drummond & Squillace, PLLC which is confidential and/or legally privileged. The information is intended only for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and the documents should be returned to the Firm immediately. In this regard, if you have received this telecopy in error, please notify us by telephone at 718-298-5050.

# HP LaserJet 200 colorMFP M276nw
# Fax Confirmation

Jun-4-2019 18:11

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 3793 | 6/ 4/2019 | 18:08:53 | Send | 12123108007 | 2:15 | 4 | OK |

**DRUMMOND & SQUILLACE, PLLC**
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050
Fax: (718) 298-5554

## FAX COVER LETTER
From The Desk of:
*JoAnn Squillace*
*Partner*

Date: June 4, 2019
To: Mr. Jeffrey S. Klein, Esq.
Fax No: (212) 310 - 8007
Re: Zion Williamson and Prime Sports Marketing, LLC / Gina Ford
Pages: (4) including fax cover letter

Please see attached.

The documents accompanying this telecopy transmission contain information from the law firm of Drummond & Squillace, PLLC which is confidential and/or legally privileged. The information is intended only for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and the documents should be returned to this firm immediately. In this regard, if you have received this telecopy in error, please notify us by telephone at 718-298-5050.