UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CASE NO: 1:19-CV-593-LCB-JLW

ZION WILLIAMSON,

    Plaintiff,

v.

PRIME SPORTS MARKETING, LLC
and
GINA FORD,

    Defendants.
_____/

## PROPOSED ORDER ON DEFENDANTS' MOTION TO ALTER OR AMEND JUDGMENT AND MOTION FOR LEAVE TO AMEND ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

THIS CAUSE comes before the Court upon the Defendants' Motion to Alter or Amend the Judgment and Motion for Leave to Amend their Answer, Affirmative Defenses and Counterclaims. Accordingly, it is hereby,

**ORDERED AND ADJUDGED** that the Defendants' Motion to Alter or Amend the Judgment is **GRANTED.** Defendants may raise the issue of Plaintiff's ineligibility as an affirmative defense to Plaintiff's claim that the contract between the parties was void under the UAAA

Further, Defendants' Motion for Leave to Amend their Answer, Affirmative Defenses and Counterclaims is **GRANTED.** Defendants' First Amended Answer,

1

Affirmative Defenses and Counterclaim is deemed filed as of the date of this order. Plaintiff shall have 20 days to respond.

      **DONE AND ORDERED** on this ___ day of _____, 2021.

                                                   _____
                                                   Honorable Loretta C. Biggs
                                                   United States District Judge

cc: Counsel of Record