IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ZION WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19CV593 |
| | ) | |
| PRIME SPORTS MARKETING, LLC, | ) | |
| and GINA FORD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING JOINT RULE 26(f) REPORT AND
LOCAL RULE 5.5 REPORT**

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 59) and Local Rule 5.5 Report (Docket Entry 60) submitted by the parties and approves both without modification, which, *inter alia*, adopts the default procedures of Local Rule 5.4(c) regarding motions to seal.

_____
Joe L. Webster
United States Magistrate Judge

Date: March 15, 2021