IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ZION WILLIAMSON,                )
                                )
        Plaintiff,          )
                                )
        v.                  )      1:19CV593
                                )
PRIME SPORTS MARKETING,         )
LLC and GINA FORD,              )
                                )
        Defendants.         )

## ORDER

This matter is before the Court upon the Joint Stipulation and Motion for Limited Modification to Schedule. (Docket Entry 84.) For good cause shown,

**IT IS THEREFORE ORDERED** that the Motion (Docket Entry 84) is **GRANTED** and the case scheduling order in this action shall be modified as follows:

| Description | New Deadline |
|---|---|
| Last Day to Serve Deposition Subpoenas to non-parties Sharonda Anderson, Leander Anderson, Creative Artists Agency, Lisa Joseph-Metelus, and Austin Brown | October 8, 2021 |
| Last Day to Complete Depositions of Gina Ford, Prime Sports Marketing, LLC, Zion Williamson, and non-parties Sharonda Anderson, Leander Anderson, Creative Artists Agency, Lisa Joseph-Metelus, and Austin Brown | December 20, 2021 |
| Last Day to Complete Mediated Settlement Conference Pursuant to Local Rule 16.4 | December 20, 2021 |
| Last Day to File Notice of Intent to File Dispositive Motions | January 3, 2022 |

| Description | New Deadline |
|---|---|
| Last Day to File Dispositive Motions | January 28, 2022 |

All other deadlines shall remain the same.  **FURTHER**, in considering the time needed to rule on dispositive motions, the potential need for Phase II discovery, and the Court's discretion to effectively manage its docket, the parties shall not anticipate any further extension of said deadlines in this matter.

**SO ORDERED**.  This 6th day of October, 2021.

_____
Joe L. Webster
United States Magistrate Judge