Exhibit 3

| | |
|---|---|
| **From:** | alvin |
| **To:** | Schreiber, Zach; Jeffrey Klein; Wester, John; Richards, Lauren; Barringer, Fitz; Berman, Corey; Patel, Pravin; Tripp, Zack; edward.soto@weil.com; rharrington@robinsonbrashaw.com; Nora Niedzielski-Eichner |
| **Cc:** | Larry Strauss; Diane Kwant; Willie Gary; Lorenzo Williams; JoAnn Squillace; Stephen Drummond; Tina Peraino; office |
| **Subject:** | [EXTERNAL] Re: Zion Williamson v. Prime Sports Marketing...Notice of Deposition |
| **Date:** | Friday, September 17, 2021 9:21:30 PM |
| **Attachments:** | image001.jpg<br>2021.09.17 - Notice of Deposition Zion.docx |

Counsels,

Please see Notice of Deposition attached.

Alvin

The Law Offices of Alvin L. Pittman
5777 W. Century Blvd, Suite 1685
Los Angeles, Ca 90045
*Office: (310) 337-3077*
*Fax: (310) 337-3080*

---

**From:** Schreiber, Zach <Zach.Schreiber@weil.com>
**Sent:** Friday, September 10, 2021 2:01 PM
**To:** alvin <alvin@apittman-law.com>; JoAnn Squillace <jsquillace@dswinlaw.com>; Stephen Drummond <sdrummond@dswinlaw.com>; Willie Gary <weg@williegary.com>; Diane Kwant <dpk@williegary.com>; Larry Strauss <larry@williegary.com>
**Cc:** jklein@cgr-law.com <jklein@cgr-law.com>; Wester, John <JWester@robinsonbradshaw.com>; Barringer, Fitz <FBarringer@robinsonbradshaw.com>; Richards, Lauren <Lauren.Richards@weil.com>; Patel, Pravin <Pravin.Patel@weil.com>; Berman, Corey <Corey.Berman@weil.com>; Tripp, Zack <Zack.Tripp@weil.com>; nniedzie@cgr-law.com <nniedzie@cgr-law.com>; Schreiber, Zach <Zach.Schreiber@weil.com>
**Subject:** Zion Williamson v. Prime Sports Marketing, LLC and Gina Ford - Notice of 30(b)(6) Deposition

Counsel:

Please see the attached notice of 30(b)(6) deposition to Prime Sports Marketing, LLC.

Regards,



**Zach Schreiber**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Zach.Schreiber@weil.com
+1 212 310 8739 Direct

+1 212 310 8007 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:19-cv-00593-LCB-JLW

| | |
|---|---|
| ZION WILLIAMSON,<br><br>**Plaintiff,**<br><br>v.<br><br>**PRIME SPORTS MARKETING, LLC**<br>and<br>**GINA FORD,**<br><br>**Defendants.** | **NOTICE OF DEPOSITION** |

**PLEASE TAKE NOTICE**, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, that **Prime Sports Marketing, LLC**, through counsel, will take the oral deposition of **Zion Williamson**, relative to all permissible areas within the scope of the Court's Rule 26(f) Order, starting at 9:30 a.m. EST on September 29, 2021, at the office of **Blue, LLP**, located at: **205 Fayetteville Street, Raleigh, NC 27601**, and continuing thereafter until completed.

The deposition will be taken before a Notary Public, or another officer, duly authorized by law to administer oaths. The deposition will be recorded by audio, video, and stenographic means for the purposes of discovery, for use at trial, and for such other purposes authorized or permitted by the Federal Rules of Civil Procedure. Subject to agreement of the parties and for the safety of all persons involved, the deposition may be taken via Zoom.

*[Signatures Follow]*

Dated: September 17, 2021

/s/ *Alvin L. Pittman*
Alvin L. Pittman
N.C. Bar No. 8460
alvin@apittman-law.com
office@apittman-law.com

Law Offices of Alvin L. Pittman
5777 W. Century Boulevard, Suite 1685
Los Angeles, CA 90045
Tele: 310-922-0771 (Temporarily Primary)
Fax: 310-337-3080

2

# CERTIFICATE OF SERVICE

I hereby certify that the forgoing **NOTICE OF DEPOSITION** has been served via e-mail addressed to the following:

*/s/ John R. Wester*
John R. Wester
N.C. Bar No. 4660
jwester@robinsonbradshaw.com
Robert E. Harrington
N.C. Bar No. 26967
rharrington@robinsonbradshaw.com
Fitz E. Barringer
N.C. Bar No. 42679
fbarringer@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900 Charlotte, North Carolina 28246Telephone: (704) 377-2536

Jeffrey S. Klein
jklein@cgr-law.com

CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th FloorNew York, New York 10001Telephone: (646) 398-5071

Zachary D. Tripp
Zack.Tripp@weil.com

WEIL, GOTSHAL & MANGES LLP
2001 M Street NWSuite 600
Washington, D.C., 20036
Telephone: (202) 682-7000

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3177

Lauren E. Richards

lauren.richards@weil.com

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153 Telephone: (212) 310-8591


DATED: September 17, 2021    */ss/ALVIN L. PITTMAN*
                                               ALVIN L. PITTMAN