IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:19-cv-00593-LCB-JLW

| | |
|---|---|
| ZION WILLIAMSON,<br><br>      **Plaintiff**,<br><br>    v.<br><br>PRIME SPORTS MARKETING, LLC and GINA FORD,<br><br>      **Defendants.** | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>(Fed. R. Civ. P. 56) |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Zion Williamson ("Williamson") moves the Court for summary judgment on all counterclaims of Defendants Prime Sports Marketing, LLC and Gina Ford (collectively "Prime Sports"), as there are no genuine issues of material fact and Williamson is entitled to judgment as a matter of law on each of Prime Sports' counterclaims. In support of this Motion, Williamson files his supporting brief; the declaration of Lloyd Frischer and accompanying exhibits; the declaration of Katherine D. Kohr and accompanying exhibits; the declaration of Scott Widelitz; the declaration of Brian Bayne; and the declaration of Jeffrey S. Klein, Esq. and accompanying exhibits.

WHEREFORE, Williamson respectfully requests that the Court enter summary judgment in his favor on each of Prime Sports' counterclaims and award Williamson such other and further relief as the Court deems just and proper.

*[Signatures Follow]*

Dated: February 11, 2022

/s/ John R. Wester
John R. Wester
N.C. Bar No. 4660
jwester@robinsonbradshaw.com

Robert E. Harrington
N.C. Bar No. 26967
rharrington@robinsonbradshaw.com

Fitz E. Barringer
N.C. Bar No. 42679
fbarringer@robinsonbradshaw.com

**Robinson, Bradshaw & Hinson, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

Jeffrey S. Klein*
jklein@cgr-law.com

CLARICK GUERON REISBAUM LLC
220 Fifth Avenue, 14th Floor
New York, New York 10001
Telephone: (646) 398-5071

Zachary D. Tripp*
zack.tripp@weil.com

WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 682-7220

Lauren E. Richards*
lauren.richards@weil.com

Zachary Schreiber*
zach.schreiber@weil.com

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8591

Edward Soto*
edward.soto@weil.com

Pravin R. Patel*
pravin.patel@weil.com

WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3177

* Local Rule 83.1(d) Special Appearance

*Attorneys for Plaintiff*