# Klein Decl. Exhibit 35

1

2          UNITED STATES DISTRICT COURT

3          MIDDLE DISTRICT OF NORTH CAROLINA

4

5
   ZION WILLIAMSON                 CIVIL ACTION NO.
6
   VERSUS                          1:19-CV-00593-LCB-JLW
7
   PRIME SPORTS MARKETING,
8  LLC AND GINA FORD

9

10

11 VIDEOTAPED DEPOSITION OF SHARONDA ANDERSON, TAKEN AT
   THE ROOSEVELT NEW ORLEANS, 130 ROOSEVELT WAY, NEW
12 ORLEANS, LOUISIANA, ON THE 10TH DAY OF DECEMBER,
   2021, COMMENCING AT 9:02 A.M. AND CONCLUDING AT 4:40
13 P.M.

14

15

16
   REPORTED BY:
17

18          RUBY M. WALLEN
            CERTIFIED COURT REPORTER
19

20

21

22

23

24

25



Case 1:19-cv-00593-LCB-JLW   Document 103-35   Filed 02/11/22   Page 2 of 9

1          Q.      With you, your husband, Gina Ford and

2    Prime Sports Marketing, conversation around May 1st

3    of 2019, regarding you, Zion Williamson and your

4    husband wanting more money from Prime Sports

5    Marketing, Gina Ford and Andrew Luchey, after the

6    meeting with Mr. Shervin?

7          MR. KLEIN:

8                Form.

9    BY MR. DRUMMOND:

10         Q.      You can answer.

11         A.      No. Because we didn't ask for the

12   first amount of money.

13         Q.      So is it your testimony that there was

14   no conversation regarding money, getting more money

15   from Prime Sports Marketing after you met with Mr.

16   Shervin, whereas, you said earlier this morning, the

17   conversation was regarding a significant amount of

18   money?  Do you remember that?

19         A.      Yes.

20         Q.      There was no conversation that took

21   place regarding that?

22         MR. KLEIN:

23                Form.

24         THE WITNESS:

25                Regarding what?



1   BY MR. DRUMMOND:

2          Q.     Getting more money from Prime Sports

3   Marketing after you met with Mr. Shervin, as you

4   said, advance for Zion Williamson?

5          A.     No. Because we didn't ask for the

6   first advance.  So there was no conversation about

7   wanting or demanding more.  We didn't know to ask for

8   the first amount.

9          Q.     I want to take -- you take a look at

10  Williamson Exhibit M and tell me if you recognize

11  that document?  Do you recognize that, ma'am?

12         A.     Yes.

13         Q.     And can you tell us on the front of

14  that document, is that communication from Gina Ford

15  to you?

16         A.     Yes.

17         Q.     Is that your E-mail there, ma'am?

18         A.     Yes.

19         Q.     What is the date on the document?

20         A.     May 22nd.

21         Q.     And what time was it?

22         A.     5:24.  I don't know.  I don't know

23  what GMT means, what time.

24         Q.     And was that E-mail from Miss Ford to

25  your E-mail account?



Case 1:19-cv-00593-LCB-JLW  Document 103-35  Filed 02/11/22  Page 4 of 9

1         A.        It appears so.

2         Q.        And does that reflect potential deal

3    opportunities that Miss Ford was working on behalf of

4    Zion Williamson?

5         MR. KLEIN:

6              Objection.  Lacks foundation.

7         THE WITNESS:

8              When they came to my E-mail, I didn't

9    know what they were, because there was no discussion

10   prior to what you were sending me.  And early on she

11   was asked to stop negotiating all deals on Zion's

12   behalf.  So to get this and no background

13   information, I didn't know what they were.

14   BY MR. DRUMMOND:

15        Q.        My question is:  Did those documents,

16   specifically those documents, reflect potential deal

17   opportunities sent to your E-mail from Miss Ford

18   regarding Zion Williamson?  That was my question.

19        MS. RICHARDS:

20             Same objection.

21   BY MR. DRUMMOND:

22        Q.        That's the question I'd like for you

23   to answer, please.

24        A.        I didn't know what they were.  So I

25   couldn't tell you what they reflect because I didn't



        Q.      Did you and your family demand more

money from Prime Sports Marketing after April 20th,

2019, after you first received the $100,000?

        A.      We didn't ask for the first $100,000.

So no. We did not demand more money.


ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

1          Q.      Gina Ford to do a similar presentation
2     as the other companies.
3          A.      I wasn't looking for her to do a
4     similar presentation.
5          Q.      Were you looking for her to tell you
6     about Prime Sports Marketing in some booklet
7     presentation?
8          A.      I was looking for her to provide us
9     information about Prime Sports Marketing aside from
10    word of mouth.
11         Q.      Okay.  So you were looking for
12    something written down, ma'am?
13         A.      I was looking for something concrete.
14    Not word of mouth.
15         Q.      Written down in a book?
16         A.      More concrete, however she --
17         Q.      No. Tell us about your definition of
18    concrete.  Because you are going to various companies
19    and they gave you stuff that you thought were
20    concrete?
21         A.      They gave -- they provided us with
22    information.
23         Q.      Yes.  And you thought that information
24    was concrete?
25         A.      It is something tangible.  It's



1    something I can see.

2         Q.      It was on a PowerPoint, or in a book

3    format, or some kind of tangible format, as you said.

4    Right, ma'am?

5         MR. KLEIN:

6              Asked and answered at least three

7    times.

8         THE WITNESS:

9              Yes.

10   BY MR. DRUMMOND:

11        Q.      So I'm trying to get to, you wanted

12   something written down from Miss Ford?

13        MR. KLEIN:

14             Objection.  Asked and answered.

15   BY MR. DRUMMOND:

16        Q.      Or you wanted something --

17             What I'm trying to get to, ma'am, you

18   in your own mind, tell me what were you looking for?

19   Words on a paper, words on a PowerPoint presentation?

20   What were you looking for from Miss Ford?

21        A.      I was looking for a detailed plan of

22   how she planned -- what was her plan to market Zion.

23   Not just say, I'm going to market him because I did

24   this with Usain Bolt.  A concrete plan that you can

25   provide us with step by step.  And that was not



1 | offered.



