# Klein Decl. Exhibit 37

```
 1                UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF NORTH CAROLINA
 2

 3                   CASE NO. 1:19-CV-593

 4

 5   ZION WILLIAMSON,

 6             Plaintiff,

 7   V.

 8   PRIME SPORTS MARKETING, LLC, and
     GINA FORD,
 9
               Defendants.
10

11

12   **************************************************

13         VIDEO DEPOSITION OF ZION WILLIAMSON

14

15         The Video Deposition of ZION WILLIAMSON, was

16   taken in the above entitled cause, pursuant to

17   the following stipulation, before Parris A.

18   Amedee, Certified Court Reporter, at The

19   Roosevelt Hotel, 130 Roosevelt Way, The Conti

20   Conference Room, New Orleans, Louisiana on

21   November 11th, 2021 beginning at 9:51 a.m.

22

23   Reported by:

24   PARRIS A. AMEDEE
     Certified Court Reporter
25
```



800.211.DEPO (3376)  
*EsquireSolutions.com*

```
 1                    Yeah.
 2              THE REPORTER:
 3                    -- at you.
 4              MR. DRUMMOND:
 5                    Do you want to ask the question?
 6              MS. SQUILLACE:
 7                    No.  You might prefer that.
 8              MR. DRUMMOND:
 9                    Mr. Klein's smiling, that's a good
10              thing.  That's a good thing.  Okay.
11  BY MR. DRUMMOND:
12        Q.    Mr. Williamson, sir, have you seen that
13  book before, sir?
14              MR. KLEIN:
15                    The question for the moment is
16              "Have you seen this before?"  Take a
17              look through it.
18              THE WITNESS:
19                    Yeah, that's what I'm doing.
20              MR. KLEIN:
21                    Okay.
22              THE WITNESS:
23                    I haven't answered the question.
24              I'm just looking through it.
25  BY MR. DRUMMOND:
```



```
 1         A.   No, I haven't seen it.
 2         Q.   Is it your testimony to us today that
 3   just now when I handed that document to you, that
 4   book, is the very first time you've seen it?
 5         A.   Very first time I've seen it.
 6         Q.   You -- and you've never had any
 7   conversation with Ms. Ford regarding this book?
 8         A.   No.
 9         Q.   So when we go back to 76, of that which
10   was filed on your behalf in court, that documents
11   were turned over and handed to CAA, is it your
12   testimony here today under oath that, that did
13   not include that book, sir?
14              MR. KLEIN:
15                   Objection.  He's just told, you
16              he's never seen it before.
17              MR. DRUMMOND:
18                   Right.
19              MR. KLEIN:
20                   It's an impossible question.
21              MR. DRUMMOND:
22                   Okay.
23              MR. KLEIN:
24                   Metaphysically --
25              MR. DRUMMOND:
```



1  Q. Well, do you remember getting a
2  $100,000.00 in advance from Ms. Ford on/or about
3  April 20th of 2019?
4  A. I don't really remember.
5  Q. Well, do you remember getting any money
6  at all from Prime Sports Marketing as an
7  advancement when you signed with her on April
8  20th of 2019?
9  A. I don't really remember.
10  Q. You don't remember getting that kind of
11  money, Mr. Williams [sic] from Ms. Ford?
12      MR. KLEIN:
13          He just said, "I don't remember."
14  BY MR. DRUMMOND:
15  A. I don't remember.
16  Q. Did -- what about from "Andrew Leutche"
17  from Prime Sports Marketing, do you remember
18  getting $100,000.00 from him?
19  A. I don't remember.
20  Q. What about your mother or father, do
21  you remember if they receive $100,000.00 from
22  Prime Sports Marketing?
23  A. I don't know.
24  Q. Okay. Now, did you demand an
25  advancement when you signed with Prime Sports



```
 1  Marketing on April 20th, 2019, in money?
 2            MR. KLEIN:
 3                 Can you read that back to me,
 4            please?
 5            THE REPORTER:
 6                 Yes.
 7        (A Read Back Was Given.)
 8                 "Now, did you demand an advancement
 9            when you signed with Prime Sports
10            Marketing on April 20th, 2019, in
11            money?"
12            MR. KLEIN:
13                 Thank you.  You can answer.
14  BY MR. DRUMMOND:
15       A.   Not that I'm aware of.
16       Q.   Did your mother or father demand an
17  advancement from Prime Sports Marketing when you
18  signed with them in April 20th of 2019?
19       A.   Not that I'm aware of.
20       Q.   During this May 24th, 2019 time period
21  were you having conversation with Austin Brown at
22  that point, continuing that is?
23            MR. KLEIN:
24                 Objection.  Asked and answered.
25  BY MR. DRUMMOND:
```

