# EXHIBIT "E"

# Notice of Filing Under Seal (Squillace Decl. Exhibit E)