IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:19-cv-00593-LCB-JLW

| | |
|---|---|
| ZION WILLIAMSON,<br><br>      Plaintiff,<br><br>v.<br><br>PRIME SPORTS MARKETING, LLC, and GINA FORD,<br><br>      Defendants. | NOTICE OF SPECIAL APPEARANCE OF NORA NIEDZIELSKI-EICHNER |

      Pursuant to Local Rule 83.1(d) of the Middle District of North Carolina, Nora Niedzielski-Eichner, of the law firm Clarick Gueron Reisbaum LLP hereby enters an appearance on behalf of Plaintiff Zion Williamson. In support of this Notice, the undersigned states the following:

      1.    Ms. Niedzielski-Eichner is a member in good standing of the New York State Bar.

      2.    Ms. Niedzielski-Eichner has associated with John R. Wester, Robert E. Harrington, and Fitz E. Barringer of the law firm Robinson, Bradshaw & Hinson, P.A. who are members of the North Carolina State Bar and admitted to practice before this Court. Mr. Wester, Mr. Harrington and Mr. Barringer have entered their appearance as counsel for Plaintiff Zion Williamson in this action and agree to abide by LR 83.1(d)(2).

      3.    The appearing attorney has read the Local Rules of this Court and agrees to comply with the provisions of LR 83.1(d) in all respects.

This 24th day of March, 2022.

| | |
|---|---|
| /s/ Nora Niedzielski-Eichner<br>Jeffrey S. Klein*<br>jklein@cgr-law.com<br>Nora Niedzielski-Eichner*<br>nniedzie@cgr-law.com<br>CLARICK GUERON REISBAUM LLC<br>220 Fifth Avenue, 14th Floor<br>New York, New York 10001<br>Telephone: 646.398.5071<br><br>Zachary Schreiber*<br>zach.schreiber@weil.com<br>Lauren E. Richards*<br>lauren.richards@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: 212.310.8591<br><br>Zachary D. Tripp*<br>zack.tripp@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, D.C. 20036<br>Telephone: 202.682.7220<br><br>Edward Soto*<br>edward.soto@weil.com<br>Pravin R. Patel*<br>pravin.patel@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, Florida 33131<br>Telephone: 305.577.3177 | /s/ John R. Wester<br>John R. Wester<br>N.C. Bar No. 4660<br>JWester@robinsonbradshaw.com<br>Robert E. Harrington<br>N.C. Bar No. 26967<br>RHarrington@robinsonbradshaw.com<br>Fitz E. Barringer<br>N.C. Bar No. 42679<br>FBarringer@robinsonbradshaw.com<br><br>ROBINSON, BRADSHAW & HINSON, P.A.<br>101 N. Tryon St., Ste. 1900<br>Charlotte, North Carolina 28246<br>Telephone: 704.377.2536<br>Facsimile: 704.378.4000<br><br>*Attorneys for Plaintiff* |

*Local Rule 83.1(d) Special Appearance

14830057