IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ZION WILLIAMSON,

    Plaintiff/Counter-Defendant,

        v.

PRIME SPORTS MARKETING, LLC
and GINA FORD,

    Defendants/Counter-Plaintiffs.

**1:19CV593**

**FINAL JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order filed on January 20, 2021, (ECF No. 49), the Memorandum Opinion and Order filed on September 15, 2021 (ECF No. 83), the Memorandum Opinion and Order filed on July 18, 2022, (ECF No. 177), and the voluntary dismissal of Plaintiff's remaining claims as stipulated between the parties, (ECF No. 188),

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's claim for Declaratory Judgment (Plaintiff's Count I), is **GRANTED**. The Court hereby declares that the Agreement entered into by the parties is void as a matter of law under N.C. Gen. Stat. § 78C-88 (the "UAAA").

**IT IS FURTHER ORDERED** that Plaintiff's claim for violations of the North Carolina Unfair and Deceptive Trade Practices Act, N.C. Gen. Stat. § 75-1.1 *et seq.*, (Plaintiff's Count II) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claim for fraudulent inducement (Plaintiff's Count III) is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff on Defendants' counterclaim for breach of contract (Defendants' Count I).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff on Defendants' counterclaim for fraud (Defendants' Count II).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff on Defendants' counterclaim for civil conspiracy (Defendants' Count III).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff on Defendants' counterclaim for unjust enrichment (Defendants' Count IV).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff on Defendants' counterclaim for violations of the North Carolina Trade Secrets Protection Act, N.C. Gen. Stat. § 66-152 *et seq.* (Defendants' Count V).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff on Defendants' counterclaim for conversion (Defendants' Count VI).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff on Defendants' counterclaim for breach of the implied duty of good faith and fair dealing (Defendants' Count VII).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff on Defendants' counterclaim for declaratory judgment (Defendants' Count VIII).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff on Defendants' counterclaim for injunctive relief (Defendants' Count IX).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff on

Defendants' counterclaim for violations of the North Carolina Unfair and Deceptive Trade

Practices Act, N.C. Gen. Stat. § 75-1.1 *et seq.*, (Defendants' Count X).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff on

Defendants' counterclaim for punitive damages (Defendants' Count XI).

This 16th day of August 2022.

/s/ Loretta C. Biggs
United States District Judge