UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:19-cv-00593-LCB-JLW

ZION WILLIAMSON,

    Plaintiff/Counter-Defendant

v.

PRIME SPORTS MARKETING, LLC, and GINA FORD,

    Defendants/Counter-Plaintiffs.

---

**DEFENDANTS'/COUNTER-PLAINTIFFS' NOTICE OF APPEAL**

---

GARY, WILLIAMS, PARENTI, WATSON & GARY, PLLC
21 E. Osceola Street
Stuart, Florida 34994-2213
(772) 283-8260; (772) 220-3343(fax)

LAW OFFICES OF ALVIN L. PITTMAN
5777 W. Century Blvd., Suite 1685
Los Angeles, California 90045
(310) 337-3077; (310) 337-3080(fax)

DRUMMOND & SQUILLACE, PLLC
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050; (718) 298-554(fax)

*ATTORNEYS FOR DEFENDANTS/COUNTER-PLAINTIFFS*
*PRIME SPORTS MARKETING, LLC AND GINA FORD*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:19-cv-00593-LCB-JLW

ZION WILLIAMSON,

    Plaintiff/Counter-Defendant

v.

PRIME SPORTS MARKETING, LLC, and GINA FORD,

    Defendants/Counter-Plaintiffs.

**PLEASE TAKE NOTICE**, that the Defendants/Counter-Plaintiffs PRIME SPORTS MARKETING, LLC AND GINA FORD (hereinafter "Defendants/Counter-Plaintiffs"), hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Final Judgment entered on August 16, 2022.

    September 7, 2022

    Respectfully submitted**,**

    /s/ JoAnn Squillace, Esq.
    JoAnn Squillace*
    jsquillace@dswinlaw.com
    DRUMMOND & SQUILLACE, PLLC
    Attorneys for Defendants/Counter-Plaintiffs
    PRIME SPORTS MARKETING, LLC
    and GINA FORD
    175-61 Hillside Avenue, Suite 205
    Jamaica, New York 11432
    Tel: (718) 298-5050; Fax: (718) 298-5554
    *Local Rule 83.1(d) Special Appearance*

/s/ Stephen L. Drummond, Esq.
Stephen L. Drummond*
sdrummond@dswinlaw.com
DRUMMOND & SQUILLACE, PLLC
Attorneys for Defendants/Counter-Plaintiffs
PRIME SPORTS MARKETING, LLC
and GINA FORD
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
Tel: (718) 298-5050; Fax: (718) 298-5554
*Local Rule 83.1(d) Special Appearance

/s/ Willie E. Gary, Esq.
Willie E. Gary*
weg@williegary.com
GARY, WILLIAMS, PARENTI, WATSON
& GARY, PLLC
Attorneys for Defendants/Counter-Plaintiffs
PRIME SPORTS MARKETING, LLC
and GINA FORD
221 E. Osceola Street
Stuart, Florida 34994
(772) 283-8260
*Local Rule 83.1(d) Special Appearance

/s/ Larry A. Strauss, Esq.
Larry A. Strauss*
larry@williegary.com
GARY, WILLIAMS, PARENTI, WATSON
& GARY, PLLC
Attorneys for Defendants/Counter-Plaintiffs
PRIME SPORTS MARKETING, LLC
and GINA FORD
221 E. Osceola Street
Stuart, Florida 34994
(772) 283-8260
*Local Rule 83.1(d) Special Appearance

/s/ Alvin L. Pittman, Esq.
Alvin L. Pittman
(N.C. Bar No. 8460)
office@apittman-law.com
LAW OFFICES OF ALVIN L. PITTMAN
Attorneys for Defendants/Counter-Plaintiffs
PRIME SPORTS MARKETING, LLC
and GINA FORD

5777 W Century Boulevard, Suite 1685  
Los Angeles, California 90045  
(310) 337-3077; (310) 337-3080(fax)

TO:

Mr. Zachary Schreiber, Esq.  
Zach.schreiber@weil.com  
*Attorney for Plaintiff/Counter-Defendant*  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, NY 10153  
Telephone: 212-310-8790  
Facsimile: 212-310-8007

Mr. John R. Wester, Esq.  
Mr. Fitz Barringer, Esq.  
jwester@robinsonbradshaw.com  
fbarringer@robinsonbradshaw.com  
*Attorney for Plaintiff/Counter-Defendant*  
ROBINSON, BRADSHAW & HINSON, P.A.  
101 N. Tryon St., Ste. 1900  
Charlotte, North Carolina 28246  
Telephone: 704.377.2536; Facsimile: 704.378.4000

Mr. Jeffrey Klein, Esq.  
jklein@cgr-law.com  
Nora Niedzielski-Eichner  
nniedzie@cgr-law.com  
*Attorneys for Plaintiff/Counter-Defendant*  
CLARICK GUERON REISBAUM LLP  
220 Fifth Avenue  
New York, New York 10001  
Telephone: 212-633-4310  
Facsimile: 646-478-9484

Lauren E. Richards  
Lrichards@loeb.com  
*Attorneys for Plaintiff/Counter-Defendant*  
LOEB & LOEB LLP  
345 Park Avenue  
New York, NY 10154  
Telephone: (212) 407-4000

Zachary D. Tripp
Zach.tripp@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 682-7220