FILED: September 22, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1793 (L)
(1:19-cv-00593-LCB-JLW)

_____

ZION WILLIAMSON

   Plaintiff - Appellee

v.

PRIME SPORTS MARKETING, LLC; GINA FORD

   Defendants - Appellants

_____

No. 22-1946
(1:19-cv-00593-LCB-JLW)

_____

ZION WILLIAMSON

   Plaintiff - Appellee

v.

PRIME SPORTS MARKETING, LLC; GINA FORD

   Defendants - Appellants

_____

O R D E R
_____

The court consolidates Case No. 22-1793 and Case No. 22-1946. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk