Civil Action No.: 1:19-cv-00593-LCB-JLW

| | |
|---|---|
| ZION WILLIAMSON, <br><br> **Plaintiff,** <br><br> v. <br><br> PRIME SPORTS MARKETING, LLC and GINA FORD, <br><br> **Defendants.** | **PLAINTIFF ZION WILLIAMSON'S MOTION FOR REQUEST FOR ISSUANCE OF EXECUTION** |

Plaintiff Zion Williamson ("Williamson"), pursuant to Rule 69 of the Federal Rules of Civil Procedure, respectfully moves this Court to issue an Execution, in the form submitted to the Clerk herewith and attached as Exhibit A, and in support thereof states the following:

1.      On or about March 30, 2026, the Court entered an Opinion and Order in favor of Williamson and against Defendants Prime Sports Marketing, LLC ("Prime Sports") and Gina Ford ("Ford," and collectively, with Prime Sports, "Defendants") for the award of attorneys' fees in the amount of $685,748.00 (the "Attorneys' Fees Judgment") (ECF No. 208).

2.      Pursuant to Rules 54(a) and 58(a)(3) of the Federal Rules of Civil Procedure, the Court's Attorneys' Fees Judgment constitutes a judgment that need not be set out in a separate document.

3.      The principal, interest, and costs associated with the judgment are as follows:

a. The Attorneys' Fees Judgment is for the principal amount of $685,748.00.

b. Post-judgment interest on the judgment accrues at $71.21 per day through the date of payment under 28 U.S.C. § 1961(a) and (b), with an applicable legal rate of interest of 3.79%. As of the date of this Motion, June 10, 2026, post-judgment interest in the amount of $5,198.33 has accrued, with an additional $71.21 accruing each day until payment.

c. No other Court costs are included in the judgment.

4. The judgment has not been satisfied.

5. Judgment-debtor Prime Sports is a Florida limited liability company, to which this Court's requirements concerning notice to the judgment debtor of rights pursuant to Rule 69 of the Federal Rules of Civil Procedure and the Constitution and law of North Carolina do not apply.

6. Judgment-debtor Ford is an individual and a resident of the State of Florida, not North Carolina, and therefore has no right to have exemptions designated in this State. Accordingly, this Court's requirements concerning notice to the judgment debtor of rights pursuant to Rule 69 of the Federal Rules of Civil Procedure and the Constitution and law of North Carolina do not apply to Ford either.

7. Williamson seeks to have the Court issue an Execution in the form attached as Exhibit A to the United States Marshal for the Middle District of North Carolina to assist with the service and satisfaction of the Attorneys' Fees Judgment (a) out of personal

property of Defendants, and if sufficient property cannot be found, then out of the real property belonging to Defendants on the day the judgment was entered on the docket of this Court or any time after that date; and (b) out of the personal property of Defendants located within the Middle District of North Carolina, and if sufficient personal property cannot be found, then out of real property belonging to Defendants on the day the judgment was docketed in this Court or any time after that date.

WHEREFORE, Williamson prays that the Court issues an Execution to the United States Marshal for the above requested relief.

*[Signatures Follow]*

- 3 -

Dated: June 10, 2026

/s/ John R. Wester

John R. Wester
N.C. Bar No. 4660
jwester@rbh.com

Robert E. Harrington
N.C. Bar No. 26967
rharrington@rbh.com

Fitz E. Barringer
N.C. Bar No. 42679
fbarringer@rbh.com

**Robinson, Bradshaw & Hinson, P.A.**
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone:   704-377-2536


Jeffrey S. Klein*
jklein@cgr-law.com

Nora Niedzielski-Eichner*
nniedzie@cgr-law.com

**Clarick Gueron Reisbaum LLC**
41 Madison Avenue, 23rd Floor
New York, New York 10010
Telephone:   212-633-4310

Zachary D. Tripp*
zack.tripp@weil.com

**Weil, Gotshal & Manges LLP**
2001 M Street NW, Suite 600
Washington, D.C. 20036
Telephone:   202-682-7220


Lauren E. Richards*
lrichards@loeb.com

**Loeb & Loeb LLP**
345 Park Avenue
New York, New York 10154
Telephone:   212-407-4000


Zachary A. Schreiber*
zschreiber@gibsondunn.com

**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, New York 10166
Telephone:   212-351-6254

* Local Rule 83.1(d) Special Appearance

*Attorneys for Plaintiff*

- 4 -