# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Plaintiff: Zion Williamson | Case Number: 1:19-cv-00593-LCB-JLW |
| Address: c/o Robinson Bradshaw, 600 S Tryon St #2300 Charlotte, NC 28202 | **EXECUTION** (Rule 69, F.R.Cv.P. and G.1-313(1); GS.1C, Art. 16) |
| VERSUS | |
| Defendant: Prime Sports Marketing, LLC Address: c/o Drummond & Squillace, PLLC, 175-61 Hillside Ave., Ste. 205, Jamaica, NY 11432 | Defendant: Gina Ford Address: c/o Drummond & Squillace, PLLC, 175-61 Hillside Ave., Ste. 205, Jamaica, NY 11432 |

TO THE UNITED STATES MARSHAL:
By the terms of a judgment rendered in favor of  Zion Williamson

against  Prime Sports Marketing, LLC and Gina Ford,  the following sums are now due:

| Principal | Interest to date | Court Costs | Other | Total: |
|---|---|---|---|---|
| $ 685,748.00 | $5,198.33 | $ 0 | $0 | $ 690,946.33 |

For the United States Marshal's fees (see 28 U.S.C. § 1921) - $ _____  Post-Judgment
interest is computed on the principal at the legal rate from the date shown below:

| Date from which interest due: | Legal rate of interest: | Date Judgment entered on docket: |
|---|---|---|
| 03/30/2026 | 3.79% | 03/30/2026 |

You are commanded to satisfy the judgment

☐ By demanding payment from the defendant

☒ Out of the personal property of the defendant, and if sufficient property cannot be found, then out of the real property belonging to the defendant on the day the judgment was entered on the docket of this Court as shown above or any time after that date.

☒ Except as to property set off as exempt (a list of which is attached) out of the personal property of the defendant within your district, and if sufficient personal property cannot be found, then out of real property belonging to the defendant on the day the judgment was docketed in this court as shown above or any time after that date.

☐ Out of the property listed below which is excepted by law from the exemptions:

_____

Description of property excepted from exemptions (if applicable)

_____

Additional order for satisfying judgment

Date Issued: June 22, 2026

This writ must be returned within 90 days after the date of issue.

Signature: _____
Lawrence H. Cunningham
☒ Clerk, U.S. District Court
☐ Deputy Clerk

MDNC (12/23)