# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**Civil Action No.: 1:19-cv-00593-LAF-JGM**

| | |
|---|---|
| **ZION WILLIAMSON,** | |
| **Plaintiff,** | |
| **v.** | **DECLARATION OF FITZ E. BARRINGR** |
| **PRIME SPORTS MARKETING, LLC and GINA FORD**, | |
| **Defendants.** | |

I, Fitz E. Barringer, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at the law firm Robinson, Bradshaw & Hinson, P.A., and am admitted to practice law in the Middle District of North Carolina. My firm, co-counsel, and I represent Plaintiff Zion Williamson in the above-referenced litigation. I submit this Declaration in support of Plaintiff's Brief in Opposition to Defendants' Motion to Stay Enforcement Proceedings.

2. On Saturday, June 27, 2026, I performed a search for any Limited Liability Partnerships (LLPs) registered in New York State beginning with the word "Solomon." I performed this search by visiting the New York State Department of State, Division of Corporations' public database of corporations and business entities in New York State (the "Database"). The Database's public inquiry feature is available at https://apps.dos.ny.gov/publicInquiry/.

3. My search yielded seven results, but none was an entity registered as "Solomon LLP." A true, accurate, and complete screenshot of the result of my Database search is attached as **Exhibit A**.

4. Only two Limited Liability Partnerships in the search results are listed as active entities: Solomon Blum Heyman LLP and Solomon, Cramer & Summit LLP.

5. The website for the law firm Solomon Blum Heyman LLP does not list an attorney named "Simone Solomon" associated with the firm. See Solomon Blum Heyman LLP, Attorneys, https://www.solblum.com/attorneys/ (last visited June 27, 2026) (identifying "Robert A. Solomon" as the only "Solomon" associated with the firm).

6. Likewise, the website for the law firm Solomon, Cramer & Summit LLP does not list an attorney named "Simone Solomon" associated with the firm. See Solomon Cramer & Summit LLP, Our Team, https://solomoncramer.com/our-team/ (last visited June 27, 2026) (identifying "Andrew T. Solomon" as the only "Solomon" associated with the firm).

7. On Wednesday, July 1, 2026, I also performed a search of the New York State Unified Court System's Attorney Directory (the "Directory") for "Simone Solomon." The Directory is available at https://iapps.courts.state.ny.us/attorneyservices/search?5 and allows members of the public to search for Attorneys, Legal Consultants, and In-House Counsel registered in New York by name.

8. My search of the Directory yielded no results for Attorneys or Legal Consultants with the name Simone Solomon.

9.    My search did yield an "In-House Counsel Detail Report," which listed a "Simone Stacy-Ann Solomon" with an enrollment date of August 25, 2017, and a "registration status" of "In-House Counsel – Terminated." No business name, business address, business phone, or email were listed for this individual. A true, accurate, and complete screenshot of the "In-House Counsel Detail Report" is attached as **Exhibit B**.

10.    On Saturday, June 27, 2026, I also attempted to visit the website "solomonllp.com." My browser indicated that the site could not be reached because it "took too long to respond." A true, accurate, and complete screenshot of my browser's error message in response to my attempt to visit "solomonllp.com" is attached as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 2nd day of July 2026.


/s/ Fitz E. Barringer
Fitz E. Barringer

- 3 -