**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

**Civil Action No.: 1:19-cv-00593-LAF-JGM**

| | |
|---|---|
| **ZION WILLIAMSON,** | |
| **Plaintiff,** | |
| v. | **PLAINTIFF'S MOTION FOR AUTHORITY TO REGISTER JUDGMENT AGAINST DEFENDANTS IN OTHER DISTRICTS** |
| **PRIME SPORTS MARKETING, LLC and GINA FORD,** | |
| **Defendants.** | |

Plaintiff Zion Williamson moves, pursuant to 28 U.S.C. § 1963, for an Order authorizing Plaintiff to immediately register the Court's March 30, 2026, attorneys' fee award (the "Judgment") entered against Defendants Prime Sports Marketing, Inc. ("Prime Sports") and Gina Ford ("Ford" and, together with Prime Sports, the "Judgment Debtors"), in United States District Courts outside of this District. In support of this Motion, Plaintiff relies on the facts and legal arguments in its Memorandum filed contemporaneously with this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order authorizing Plaintiff to immediately register the Judgment against the Judgment Debtors in United States District Courts outside of this District and granting Plaintiff such other and further relief as the Court deems just and proper.

Dated: July 6, 2026

/s/ John R. Wester

John R. Wester
N.C. Bar No. 4660
jwester@rbh.com

Robert E. Harrington
N.C. Bar No. 26967
rharrington@rbh.com

Fitz E. Barringer
N.C. Bar No. 42679
fbarringer@rbh.com

**Robinson, Bradshaw & Hinson, P.A.**
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone:   704-377-2536


Jeffrey S. Klein*
jklein@cgr-law.com

Nora Niedzielski-Eichner*
nniedzie@cgr-law.com

**Clarick Gueron Reisbaum LLC**
41 Madison Avenue, 23rd Floor
New York, New York 10010
Telephone:   212-633-4310

Zachary D. Tripp*
zack.tripp@weil.com

**Weil, Gotshal & Manges LLP**
2001 M Street NW, Suite 600
Washington, D.C. 20036
Telephone:   202-682-7220


Lauren E. Richards*
lrichards@loeb.com

**Loeb & Loeb LLP**
345 Park Avenue
New York, New York 10154
Telephone:   212-407-4000


Zachary A. Schreiber*
zschreiber@gibsondunn.com

**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, New York 10166
Telephone:   212-351-6254

* Local Rule 83.1(d) Special Appearance

*Attorneys for Plaintiff*

2