UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:19-cv-00593-LAF-JGM

| | |
|---|---|
| **ZION WILLIAMSON,**<br><br>**Plaintiff/Counter-Defendant**<br><br>**v.**<br><br>**PRIME SPORTS MARKETING, LLC, and GINA FORD,**<br><br>**Defendants/Counter-Plaintiffs.** | |

**NOTICE OF EMERGENCY MOTION AND MOTION FOR AN ORDER AUTHORIZING TRUIST BANK TO RETRIEVE AND DELIVER TO GINA FORD THE NON-ATTACHABLE PASSPORT OF DEFENDANT GINA FORD FORM HER SAFETY DEPOSIT BOX**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum in Support, the Declaration of Alvin L. Pittman, Esq. dated October 2, 2026 and Exhibits A-D attached to that Declaration, and, all pleadings and proceedings herein, Defendants PRIME SPORTS MARKETING, LLC and GINA FORD move this Court before the Honorable Lindsay A. Freeman for an EMERGENCY Order on a date to be determined by the Court at the United States District Court, Middle

District of North Carolina, for an Order, pursuant to M.D.N.C. LR 7.3 and 77.2; and 22 C.F.R. § 51.7(a), authorizing Truist Bank to immediately retrieve and deliver to Gina Ford, Defendant Gina Ford's non-garnishable/attachable U.S. Passport from her safety deposit box. **Defendant Ford is scheduled to travel out of the country for business next week and will be irreparably harmed by not being allowed to retrieve her non-attachable passport.**

The Passport is the property of the U.S. Government, not the property of the debtor, and is therefore not subject to a writ of execution, and as such is not attachable/garnishable. The Passport also facilitates Constitutionally protected "Liberty," and refusal to consent to release of Ms. Ford's passport impairs her constitutional right to travel.

Dated: October 2, 2026

Respectfully submitted**,**


/s/ Alvin L. Pittman, Esq.
Alvin L. Pittman (N.C. Bar No. 8460)
office@apittman-law.com
LAW OFFICES OF ALVIN L. PITTMAN
Attorneys for Defendants/Counter-Plaintiffs
PRIME SPORTS MARKETING LLC
and GINA FORD
5777 W Century Boulevard, Suite 1685
Los Angeles, California 90045
(310) 337-3077; (310) 337-3080(fax)

s/ Willie E. Gary, Esq.
Willie E. Gary*
weg@williegary.com

GARY, WILLIAMS, PARENTI, WATSON
& GARY, PLLC
Attorneys for Defendants/Counter-Plaintiffs
PRIME SPORTS MARKETING, LLC
and GINA FORD
221 E. Osceola Street
Stuart, Florida 34994
(772) 283-8260
*Local Rule 83.1(d) Special Appearance*

/s/ JoAnn Squillace, Esq.
JoAnn Squillace*
jsquillace@dswinlaw.com
DRUMMOND & SQUILLACE, PLLC
Attorneys for Defendants/Counter-Plaintiffs
PRIME SPORTS MARKETING, LLC
and GINA FORD
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
Tel: (718) 298-5050; Fax: (718) 298-5554
*Local Rule 83.1(d) Special Appearance*

/s/ Stephen L. Drummond, Esq.
Stephen L. Drummond*
sdrummond@dswinlaw.com
DRUMMOND & SQUILLACE, PLLC
Attorneys for Defendants/Counter-Plaintiffs
PRIME SPORTS MARKETING, LLC
and GINA FORD
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
Tel: (718) 298-5050; Fax: (718) 298-5554
*Local Rule 83.1(d) Special Appearance*

TO: ***VIA CM/ECF to All Parties***

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF NORTH CAROLINA**

**Civil Action No.: 1:19-cv-00593-LAF-JGM**

| |
|---|
| **ZION WILLIAMSON,**<br>**Plaintiff/Counter-Defendant**<br>**v.**<br>**PRIME SPORTS MARKETING, LLC and GINA FORD,**<br>**Defendants/Counter-Plaintiffs.** |

## CERTIFICATE OF WORD COUNT

1. The within Notice Of Emergency Motion and Motion for an Order Authorizing Truist Bank to Retrieve and Deliver to Gina Ford the Non-Attachable Passport of Defendant Gina Ford from Her Safety Deposit Box was prepared on a computer and has a total word count, as per the computer, of 190 words not including, pursuant to Local Rule 7.3, any words contained in the covers/blueback, captions and/or any signature blocks.

Dated: October 2, 2026

/s/ Alvin L. Pittman, Esq.
ALVIN L. PITTMAN, ESQ. (N.C. Bar No. 8460)